UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. PASTOR,<br>        Plaintiff,<br>v.<br>BANK OF AMERICA,<br>        Defendant. | Case No. 15-cv-03831-VC<br><br>**ORDER RE STIPULATED REQUEST FOR A STAY**<br>Re: Dkt. No. 32 |

Pursuant to the stipulation of the parties, the case is stayed until August 16, 2016. On that date, the parties must appear at 1:30 p.m. at an in-person case management conference. Seven days before the case management conference, the parties must file a joint case management statement.

**IT IS SO ORDERED.**

Dated: April 14, 2016

VINCE CHHABRIA
United States District Judge