MORGAN, LEWIS & BOCKIUS LLP
Joseph Duffy, Bar No. 241854
*joseph.duffy@morganlewis.com*
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Christina M. Vitale, *Pro Hac Vice*
*christina.vitale@morganlewis.com*
1000 Louisiana Street
Suite 4000
Houston, TX 77002
Tel: +1.713.890.5000
Fax: +1.713.890.5001

Attorneys for Defendant
BANK OF AMERICA, N.A. (*erroneously sued as* "BANK OF AMERICA")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert A. Pastor, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Bank of America,<br><br>Defendant. | Case No. 3:15-cv-03831-VC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND THE DEADLINE TO FILE A MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Vince V. Chhabria<br>Dept.: 4<br><br>Date of Filing Complaint: August 21, 2015<br>Trial Date: None Set |

On October 20, 2016, Plaintiff Robert A. Pastor ("Plaintiff") and Defendant Bank of America ("Bank of America") (collectively the "Parties"), by and through their respective counsel, stipulated and agreed to move the deadline to file preliminary motion for approval of the class action settlement in this matter from October 31, 2016 to November 30, 2016, and requested that this Court order the deadline to be moved pursuant to the Parties' stipulation. The Court, having considered the joint stipulation, and finding good cause therein, hereby **GRANTS** the request and orders as follows:

The deadline to file a motion for preliminary approval of the class action settlement in this matter is moved from October 31, 2016 to November 30, 2016.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 24, 2016

_____
Honorable Vince Chhabria
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES
DB2/ 30724383.1

2

PROPOSED ORDER GRANTING
JOINT STIPULATION
3:15-CV-03831-VC