UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. PASTOR,<br><br>            Plaintiff,<br><br>      v.<br><br>BANK OF AMERICA,<br><br>            Defendant. | Case No.  15-cv-03831-VC<br><br>**ORDER RE STIPULATION**<br><br>Re: Dkt. No. 38 |

The stipulated request to extend the deadline to file a motion for preliminary approval to December 15, 2016 is granted.  An in-person case management conference is scheduled for December 20, 2016 at 1:30 pm.  If a motion for preliminary approval has been filed by December 15, the parties may request to take the case management conference off calendar.  However, if a motion for preliminary approval is not filed by December 15, the attorneys must appear in person at the case management conference and must file a case management statement by December 15, 2016.

**IT IS SO ORDERED.**

Dated: November 21, 2016

_____
VINCE CHHABRIA
United States District Judge