Joshua B. Swigart, Esq. (SBN 225557)
josh@westcoastlitigation.com
David J. McGlothlin, Esq. (SBN 253265)
david@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
Ryan L. McBride, Esq. (SBN 297557)
ryan@kazlg.com
**Kazerouni Law Group**
245 Fischer Ave., Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Class Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Robert A. Pastor; Scott M. Van Horn; Regina M. Florence; and William E. Florence III;** on behalf of himself and all others similarly situated**,**<br><br>Plaintiff,<br><br>v.<br><br>**Bank of America, N.A.,**<br><br>Defendant. | Case No.: 3:15-cv-03831-VC<br><br>**CLASS ACTION**<br><br>**Notice of Motion and Motion for Award of Attorneys' Fees, Costs and Incentive Award**<br><br><u>Hearing</u>:<br>Date: January 11, 2018<br>Time: 10:00 am<br>Dept.: Courtroom 4 (17th Floor)<br>**Judge: Hon. Vince Chhabria** |

NOTICE IS HEREBY GIVEN that on **January 11, 2018 at 10:00 AM**, or as soon thereafter as the matter may be heard of the above captioned court, located at 450 Golden Gate Avenue, Courtroom 4-17th Floor, San Francisco, CA 94102, Plaintiffs Robert A. Pastor; Scott M. Van Horn; Regina M. Florence; and William E. Florence III, ("Plaintiffs") move this Court for an award of attorneys' fees, costs, and incentive awards to the named class representatives.

This motion is based upon the accompanying Memorandum of Points and Authorities, any exhibits attached thereto, all pleadings and papers on file in this action and upon such other matters as the Court deems proper.

Date: October 12, 2017                **Hyde & Swigart**

By: /s/ David J. McGlothlin
David J. McGlothlin, Esq.
Attorneys for Plaintiff