David J. McGlothlin, Esq. (SBN: 253265)
david@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

ABBAS KAZEROUNIAN (SBN 249203)
**Kazerouni Law Group, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: ak@kazlg.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Robert A. Pastor; Scott M. Van Horn; Regina M. Florence; and William E. Florence III, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**Bank of America, N.A.**<br><br>Defendant. | **Case No.: 15-cv-03831-VC**<br><br>**DECLARATION OF ATTORNEY ABBAS KAZEROUNIAN IN SUPPORT OF CLASS COUNSEL'S MOTION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE PAYMENT** |

I, Abbas Kazerounian, declare as follows:

1.    I am one of the attorneys for the Plaintiffs Robert A. Pastor, Regina Florence, William Florence, and Scott Van Horn (collectively referred to as "Plaintiffs"). I am over the age of 18 and am fully competent to make this declaration. I was admitted to the State Bar of California in 2007 and have been a member in good standing ever since that time. I have litigated cases

in both state and federal courts in California, Washington, Nevada, Arizona, Arkansas, New York, New Jersey, Colorado, Tennessee, Ohio, Florida, Illinois and Texas.  I am admitted in every federal district in California and have handled federal litigation in the federal districts of California. I am also admitted to the state bars of Texas, Illinois, Washington, Michigan, District of Columbia, the Ninth Circuit Court of Appeals, the Eighth Circuit Court of Appeals, and the Supreme Court of the United States.

2.  If called as a witness, I would competently testify to the matters herein from personal knowledge. The declaration is based upon my personal knowledge, except where expressly noted otherwise.

3.  I submit this declaration in support of the Plaintiffs' motion for fees and costs and final approval of class action settlement.

4.  This action, which was originally filed on August 21, 2015, was taken on a contingency fee basis agreeing to advance all necessary expenses knowing that I would only receive a fee if there were a recovery.

5.  On July 26, 2016 the parties participated in a mediation conducted by Honorable Edward A. Infante (Ret.) that culminated with the filing of the Motion for Preliminary Approval.

6.  I have been preliminarily approved as Class Counsel in this matter.

7.  I have incurred 111.1 hours in connection with this action, which time records were carefully reviewed. Specifically, I have incurred hours reviewing documents, motion practice, communicating with opposing counsel, communicating with co-counsel on related matters, preparing for hearings, traveling for depositions, and participating in mediation.

8.  In my fee request I have included a request for 30 hours of additional time that I will likely spend going forward in seeking final approval of, and implementing the Settlement, including assisting Class Members with claims and overseeing claims administration, and preparing and filing the

2

motion for final approval of class action settlement.

9.  As of October 2017, my firm, Kazerouni Law Group along with my co-counsel's firm, Hyde & Swigart, have incurred $19,023.42 in litigation costs.

10. I am not seeking recovery of fees for hours incurred by paralegals working at Kazerouni Law Group on this action.

11. I believe that the Parties are fully apprised of the relative strengths and weaknesses of each other's claims and defenses and the potential risks to each party of pursuing further litigation in this matter, especially following mediation.

12. I continue to be unaware of any conflict of interest between Plaintiffs and any settlement class member or between Plaintiffs and Plaintiffs' attorneys.

### CLASS COUNSEL'S EXPERIENCE

13. Since my admission to the State Bar of California in 2007, I have been engaged exclusively in the area of consumer rights litigation, primarily in the area of fair credit reporting, fair debt collections, the defense of debt collection lawsuits, class action litigation under the Telephone Consumer Protection Act, California's invasion of privacy statutes pursuant to Penal Code § 630, *et seq.*, and false advertising actions concerning consumer products.

14. The hourly rate that I am seeking in this action is $605, which I believe is reasonable.

15. Recently, I was approved for an hourly rate of $605 in *Oxina v. Lands' End, Inc.*, Case No. 3:14-cv-02577-MMA-NLS (United States District Court, Southern District of California; Dec. 2, 2016) and *Abdeljalil v. GE Capital Retail Bank*, No. 3:12-cv-02078-JAH-MDD (S.D. Cal. Dec. 22, 2016).

16. I was previously approved for an hourly rate of $595 in *Mount v. Wells Fargo Bank, N.A.*, Case No. B260585 (Court of Appeal of the State of

DECLARATION OF ABBAS KAZEROUNIAN                    15-cv-0381-VC

California, Second Appellate District; Feb. 10, 2016). Before that, I was approved for an hourly rate of $565 in *Sherman v. Kaiser Foundation Health Plan, Inc*. 3:13-cv-00981-JAH-JMA, Dkt. No. 58 (May 12, 2015).

17. My firm, Kazerouni Law Group, APC, in which I am a principal, has litigated over 2000 cases in the past eight years. My firm has six offices in Orange County, California, Oakland, California, San Luis Obispo, California, Phoenix, Arizona, Las Vegas, Nevada, and Dallas, Texas. Kazerouni Law Group, APC has extensive experience in consumer class actions and other complex litigation. My firm has a history of aggressive, successful prosecution of consumer class actions, Approximately 95% percent of my practice concerns consumer litigation in general.

### KAZEROUNI LAW GROUP, APC'S
### CONSUMER RELATED EXPERIENCE AND RESULTS

18. A brief summary of a non-inclusive list of notable published decisions are as follows:

   a. *Sherman v. Yahoo!, Inc.*, 2014 U.S. Dist. LEXIS 13286; 13-CV-0041-GPC-WVG (S.D. Cal.) (TCPA class action where Defendant's motion for summary judgment was denied holding that a single call or text message with the use of an ATDS may be actionable under the TCPA);

   b. *Olney v. Progressive Casualty Insurance Company*, 13-CV-2058-GPC-NLS, 2014 U.S. Dist. LEXIS 9146 (S.D. Cal.) (Defendant's motion to dismiss or in the alternative to strike the class allegations was denied finding that debt collection calls were not exempt from coverage under the TCPA);

   c. *Iniguez v. The CBE Group, Inc.*, 2013 U.S. Dist. LEXIS 127066 (E.D. Cal.); 13-CV-00843-JAM-AC (The court denied Defendant's motion to dismiss and to strike class allegations holding that the TCPA applies to any call made to a cellular telephone with an ATDS);

DECLARATION OF ABBAS KAZEROUNIAN                                    15-cv-0381-VC

d. *Stemple v. QC Holdings, Inc*., No. 12-cv-01997-BAS (WVG), 2014 U.S. Dist. LEXIS 125313 (S.D. Cal. Sep. 5, 2014) (order denying defendant's motion for reconsideration of class certification under the TCPA);

e. *Chen v. Allstate Ins. Co.,* 819 F.3d 1136 (9th Cir. 2016) (order affirming decision finding unaccepted offer of judgment under Fed. R. Civ. P. 68 did not moot the plaintiff's individual TCPA claims).

19. I have filed and litigated numerous consumer class actions over the last several years, including but not limited to the following, which I am or have been personally involved in:

a. *Lemieux v. EZ Lube, LLC*, *et al.,* 12-CV-01791-JLS-WYG (S.D. Cal.) (Served as co-lead counsel; finally approved on December 8, 2014);

b. *Malta, et al. v. Wells Fargo Home Mortgage, et al*., 10-CV-1290-IEG (BLM) (Served as co-lead counsel for a settlement class of borrowers in connection with residential or automotive loans and violations of the TCPA in attempts to collect on those accounts; obtained a common settlement fund in the amount of $17,100,000; final approval granted in 2013);

c. *Conner v. JPMorgan Chase Bank, et al*., 10-CV-1284 DMS (BGS) (S.D. Cal.) (finally approved $11,973,558);

d. *In Re: Midland Credit Management, Inc., Telephone Consumer Protection Act Litigation*, 11-md-2286-MMA (MDD) (S.D. Cal.) (Counsel for a Plaintiff in the lead action, prior to the action being recategorized through the multi-district litigation process; finally approved for $18,000,000);

e. *In Re: Portfolio Recovery Associates, LLC Telephone Consumer Protection Act Litigation*, 11-md-02295-JAH (BGS) (Counsel for a Plaintiff in the lead action, prior to the action being recategorized through the multi-district litigation process; preliminarily approved);

5

f. *Arthur v. SLM Corporation*, 10-CV-00198 JLR (W.D. Wash.) (Nationwide settlement achieving the then-largest monetary settlement in the history of the TCPA concerning calls to cellular telephone at the time: $24.15 million; final approval granted in 2012);

g. *Lo v. Oxnard European Motors, LLC, et al.*, 11-CV-1009-JLS-MDD (S.D. Cal.) (Achieving one of the highest class member payouts in a TCPA action of $1,331.25 per claimant; final approval granted in 2012);

h. *Sarabri v. Weltman, Weinberg & Reis Co., L.P.A.*, 10-01777-AJB-NLS (S.D. Cal.) (Approved as co-lead counsel and worked to obtain a national TCPA class settlement where claiming class members each received payment in the amount of $70.00 per claimant; final approval granted in 2013);

i. *Barani v. Wells Fargo Bank, N.A.*, 12-CV-02999-GPC (KSC) (S.D. Cal.) (Co-lead class counsel in a settlement under the TCPA for the sending of unauthorized text messages to non-account holders in connection to wire transfers; finally approved on March 6, 2015 for over $1,000,000);

j. *Mills v. HSBC Bank Nevada, N.A.*, Case No. 12-CV-04010-SI (N.D. Cal.) (Finally approved for $39,975,000);

k. *Martin v. Wells Fargo Bank, N.A.*, 12-CV-06030-SI (N.D. Cal.);

l. *Heinrichs v. Wells Fargo Bank, N.A.*, 13-CV-05434-WHA (N.D. Cal.);

m. *Newman v. ER Solutions, Inc.*, 11-CV-0592H (BGS);

n. *In Re Jiffy Lube International, Inc.*, MDL No. 2261 (Finally approved for $47,000,000.00);

o. *Jaber v. NASCAR*, 11-CV-1783 DMS (WVG) (S.D. Cal.);

p. *Ridley v. Union Bank, N.A.*, 11-CV-1773 DMS (NLS) (S.D. Cal.);

q. *Ryabyshchuk v. Citibank (South Dakota) N.A., et al,* 11-CV-1236-IEG (WVG);

DECLARATION OF ABBAS KAZEROUNIAN                    15-cv-0381-VC

r.  *Sherman v. Kaiser Foundation Health Plan, Inc*., 13-CV-0981-JAH (JMA) (S.D. Cal.) (Settled for $5,350,000 and finally approved on May 12, 2015; served as co-lead counsel);

s.  *Rivera v. Nuvell Credit Company LLC*, 13-CV-00164-TJH-OP (E.D. Cal.);

t.  *Karayan v. Gamestop Corp.,* 3:12-CV-01555-P (N.D. Texas);

u.  *Foote v. Credit One Bank, N.A. et al.*, 13-cv-00512-MWF-PLA (C.D. Cal.);

v.  *Webb v. Healthcare Revenue Recovery Group*, 13-cv-00737–RS (N.D. Cal.);

w. *Knell, et al. v. FIA Card Services, N.A*., 13-CV-01653-AJB-WVG (S.D. Cal.) (California class action settlement under Penal Code 632 et seq., for claims of invasion of privacy.  Settlement resulted in a common fund in the amount of $2,750,000; finally approved in August 15, 2014);

x.  *Hoffman v. Bank of America Corporation*, 12-CV-00539-JAH-DHB (S.D. Cal.) (California class action settlement under Penal Code 632 et seq., for claims of invasion of privacy.  Settlement resulted in a common fund in the amount of $2,600,000; finally approved on November 6, 2014 and served as co-lead counsel);

y.  *Couser v. Comenity Bank*, 12-cv-02484-MMA-BGS (S.D. Cal. Oc. 2, 2014) (Finally approved for $8,475,000 on May 27, 2015 as served as co-lead counsel);

z.  *Couser v. Apria Healthcare, Inc. et al*., 13-cv-00035-JVS-RNB (C.D. Cal. Oct. 27, 2014) (Finally approved on March 9, 2015 and served as co-lead counsel);

aa. *Rose v. Bank of America Corporation et al.,* 12-cv-04009-EJD (N.D. Cal.) (Finally approved for $32,000,000 in 2014);

DECLARATION OF ABBAS KAZEROUNIAN                                    15-cv-0381-VC

bb. *Newman v. AmeriCredit Financial Services*, 11-cv-03041-DMS-BLM (S.D. Cal.) (finally approving TCPA settlement for over $6,500,000 on March 28, 2016);

cc. *Fox v. Asset Acceptance, LLC*, 14-cv-00734-GW-FFM (C.D. Cal. July 1, 2016) (finally approved TCPA class action for $1,000,000; $200,000 cash and $800,000 debt relief);

dd. *Barrett v. Wesley Financial Group, LLC*, 13-cv-00554-LAB-KSC (S.D. Cal.) (Class certification granted); and,

ee. *Gehrich v. Chase Bank, N.A.*, 12-cv-5510 (N.D. Cal.) (finally approved for $34,000,000);

ff. *Macias v. Water & Power Community Credit Union*, BC515936 (Los Angeles Superior Court) (Class certification granted under the Rosenthal Fair Debt Collection Practices Act; class action settlement finally approved on April 21, 2016);

gg. *Mount v.* Wells Fargo Bank, N.A., BC395959 (Sup. Ct. Los Angeles) (finally approved for $5,600,000);

hh. *Oxina v. Lands' End, Inc.*, 3:14-cv-02577-MMA-NLS (S.D. Cal. 2016) (finally approved settlement under California Made in the USA statute);

ii. *LaPuebla v. BirchBox, Inc.,* 3:15-cv-00498-BEN-BGS (S.D. Cal. 2016) (finally approved settlement in unlawful auto-renewal action);

jj. *Medeiros v. HSBC Bank Nevada, N.A.,* 3:14-cv-01786-JLS-MDD (S.D.Cal. 2016) (preliminarily approved action under the California Invasion of Privacy Act, Penal Code 632, *et seq*.);

kk. *Stemple v. QC Holdings, Inc.,* 12-cv-01997-BAS-WVG (S.D. Cal. Nov. 7, 2016) (finally approved for $1,500,000);

ll. *Abdeljalil v. GE Capital Retail Bank*, 12-cv-02078−JAH−MDD (S.D. al.) (Class Certification granted and finally approved for $7,000,000).

20. Many of the cases listed above, which have settled, resulted in the creation of combined common funds and/or distribution to class member in the hundreds of millions of dollars. The outstanding results mentioned above are a direct result of the diligence and tenacity shown by Kazerouni Law Group, APC and myself, in successfully prosecuting complex class actions.

21. I argued before the Ninth Circuit Court of Appeals in the case of *Knutson v. Sirius XM Radio*, No. 12-56120 (9th Cir. 2014) as co-lead counsel, which resulted in an order in favor of my client. Also, on December 6, 2016, I argued before the Ninth Circuit Court of Appeals in the case of *Marks v. Crunch San Diego, LLC*, No. 14-56834.

### ADDITIONAL RELEVANT TRAINING, SPEAKING/TEACHING ENGAGEMENTS AND ASSOCIATIONS

22. I am an adjunct professor at California Western School of Law where I teach a three-credit course in consumer law.

23. I have undergone extensive training in the area of consumer law and the Telephone Consumer Protection Act. The following is a list of recent training conferences I attended:

   a. Four-day National Consumer Law Center Conference; Nashville, TN – 2008;

   b. Three-day National Consumer Law Center Conference; Portland, OR - 2008;

   c. Three-day National Consumer Law Center Conference; San Diego, CA - 2009;

   d. Three-day National Consumer Law Center Conference; Seattle, WA - 2011;

   e. National Consumer Law Center Conference in 2013;

   f. National Consumer Law Center Conference in 2014;

   g. National Consumer Law Center Conference in 2015;

   h. National Consumer Law Center Conference in 2016;

DECLARATION OF ABBAS KAZEROUNIAN                    15-cv-0381-VC

i.  Three-day CAALA Conference; Las Vegas, NV – 2009;

j.  Three-day CAALA Conference; Las Vegas, NV – 2013;

k.  Three-day CAALA Conference; Las Vegas, NV – 2015;

l.  Three-day CAALA Conference; Las Vegas, NV – 2016;

m. Three-day CAOC Conference – 2014 and 2015;

n.  Speaker at ABA National Conference, Business Litigation Section; Trends in Consumer Litigation; San Francisco, CA – 2013;

o.  Speaker at the ABA TCPA National Webinar (Consumer Protection, Privacy & Information Security, Private Advertising Litigation, and Media & Technology Committees) – September 2013;

p.  Spoke at the 2014 ACA Conference in November 2014;

q.  Speaker at ACI Conference in Dallas, TX in September of 2016 concerning The Borrower's Perspective: Insight From The Plaintiffs' Bar and Consumer Advocates;

r.  Speaker on TCPA panel in September of 2016 at the Annual Consumer Financial Services Conference; and,

s.  Due to speak at the 2016 CAOC Conference in November of 2016.

24. As one of the main plaintiff litigators of consumer rights cases in the Central District of California, I have been requested to and have made regular presentations to community organizations regarding debt collection laws and consumer rights, including the Telephone Consumer Protection Act ("TCPA"). These organizations include Whittier Law School, Iranian American Bar Association, Trinity School of Law and Chapman Law School, University of California, Irvine, and California Western School of Law.

25. I was the principle anchor on Time Television Broadcasting every Thursday night as an expert on consumer law generally, and the TCPA specifically, between 2012 and 2013.

DECLARATION OF ABBAS KAZEROUNIAN                    15-cv-0381-VC

26. I was named Rising Star by San Diego Daily Tribune in 2012, and Rising Star in Super Lawyers Magazine in 2013, 2014 and 2015. I was named a Super Lawyer by Super Lawyers Magazine in 2016.

27. I lectured in Class Action Trends at the CAOC 2015 Conference in San Francisco.

28. I was selected for membership into The National Trial Lawyers: Top 40 Under 40 in 2016.

29. I was a panelist in a webinar, ABA Telephonic Brown Bag re: TCPA, on August 25, 2015.

30. I lectured in Class Action Trends at the CAOC 2015 Conference in San Francisco, California.

31. In January of 2016, I spoke on the impact of the Federal Communications Comission's 2015 Declaratory Ruling on TCPA litigation at the ABA National Convention in Salt Lake City, Utah.

32. In May of 2016, I spoke on Class Action Trends at the CAOC seminar in Palm Springs, California.

33. I lectured on the TCPA before the ABA Business Law Section, Consumer Financial Services Committee in January 2016 at an event in Utah entitled, "Impact of the FCC's 2015 Rulings on TCPA Litigation."

34. In 2016, I wrote an article entitled "Finding a Balance" that was published in the Nutrition Business Journal, concerning a lawsuit filed under the Racketeer Influenced and Corrupt Organization Act.

35. I was published in the Daily Journal in September of 2016, with the title, "The FDCPA: The Forgotten Statute."

36. I am often called upon to give legal analysis on popular television and radio shows such as Dr. Drew Midday Live and Fox 5.

37. In March of 2016, I moderated the Judges Panel on Class Action Trends and Federal Litigation Trends at the NCLC Conference.

DECLARATION OF ABBAS KAZEROUNIAN                    15-cv-0381-VC

38.  I spoke on privacy rights on a panel before the California State Bar Convention in 2016.

39.  I am a member in good standing of the following local and national associations:

   a.  Consumer Attorneys Association of Los Angeles;

   b.  The Orange County Bar Association;

   c.  Twice served as former President of the Orange County Chapter of the Iranian American Bar Association;

   d.  Member of the Orange County Trial Lawyers Association;

   e.  Member in good standing of National Association of Consumer Advocates;

   f.  Member of Consumer Attorneys of California;

   g.  Member of the Federal Bar Association;

   h.  Member of the Leading Forum of the American Association of Justice;

   i.  Member of the American Bar Association;

   j.  Member of the Western Trial Lawyers Association.


   I declare under penalty of perjury, under the laws of the United States and the State of California, that the foregoing is true and correct.   Executed this 12th day of October 2017, at San Diego, California.

By: /s/ Abbas Kazerounian

Abbas Kazerounian

DECLARATION OF ABBAS KAZEROUNIAN                              15-cv-0381-VC