Robert A. Pastor v. Bank Of America
United States District Court District of Arizona
Case No.: 3:15-cv-03831-VC

**PROOF OF SERVICE**

I, David McGlothlin, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of Maricopa, State of Arizona, where the mailing occurs. My business address is 2633 E. Indian School Road, Suite 460, Phoenix, AZ 85016. I am readily familiar with our business' practice of collecting, processing, and mailing of correspondence and pleadings for mail with the United States Postal Service.

On October 12, 2017, I served the foregoing document(s) described as:

- **Notice of Motion and Motion for Attorneys Fees, Costs and Incentive Award**
- **Memorandum of Points and Authorities in Support thereof**
- **Supporting Declarations of Attorneys Abbas Kazerounian, Joshua Swigart, David McGlothlin and Ryan McBride**

On the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope as follows:

| | |
|---|---|
| Joseph Duffy<br>**Morgan, Lewis & Bockius LLP**<br>300 S. Grand Avenue,<br>Twenty-Second Floor<br>Los Angeles, CA 90071-3132 | Bank of America FCRA Settlement,<br>P.O. Box 404023,<br>Louisville, KY 40233-4023 |

[X] BY MAIL, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each addressee respectively, and then sealed each envelope and, with the postage fully prepaid, deposited each in the United States mail at Phoenix, Arizona in accordance with our business' practice.

[ ] BY OVERNIGHT MAIL, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each addressee respectively, and then sealed each envelope and, with the postage fully prepaid, deposited each in the Overnight delivery receptacle mail at San Diego, California in accordance with our business' practice.

[ ] BY FACSIMILE, this document was transmitted by facsimile transmission from (619) 297-1022 and transmission was reported as complete and without error. A copy of the transmission report is attached to this affidavit.

[ X ] ELECTRONICALLY, this document was transmitted by the Internet from our office.

I declare under penalty under perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 12, 2017, at Phoenix, Arizona.

                                              _____/s/ David McGlothlin_____
                                              David McGlothlin