UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert A. Pastor, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Bank of America,<br><br>　　　　　Defendant. | Case No. 3:15-cv-03831-VC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO SET THE DEADLINE TO FILE A MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:　Hon. Vince V. Chhabria<br>Dept.:　4<br><br>Date of Filing Complaint:<br>　　　　　August 21, 2015<br>Trial Date: None Set |

1  On December 7, 2017, Plaintiff Robert A. Pastor ("Plaintiff") and Defendant Bank of America ("Bank of America") (collectively the "Parties"), by and through their respective counsel, stipulated and agreed to set the deadline to file a motion for final approval of the class action settlement in this matter ~~from~~ to December 14, 2017, and requested that this Court order the deadline to be set pursuant to the Parties' stipulation. The Court, having considered the joint stipulation, and finding good cause therein, hereby **GRANTS** the request and orders as follows:

The deadline to file a motion for final approval of the class action settlement in this matter is moved to December 14, 2017.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___December 7___, 2017

_____
Honorable Vince Chhabria
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 32364025.1

1

~~PROPOSED~~ ORDER GRANTING
JOINT STIPULATION
3:15-CV-03831-VC

# CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2016, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO SET THE DEADLINE TO FILE A MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** with the Clerk of the Court for the United States District Court, Northern District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Joseph Duffy
Joseph Duffy

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 32364025.1

2

~~PROPOSED~~ ORDER GRANTING
JOINT STIPULATION
3:15-CV-03831-VC