UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert A. Pastor, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Bank of America, N.A.<br><br>　　　　　　　Defendants. | Case No. 3:15-cv-03831-VC<br><br>[~~PROPOSED~~] ORDER CONTINUING FINAL APPROVAL HEARING<br><br>Date:　　　　January 11, 2018<br>Time:　　　　10:00 A.M.<br>Courtroom:　　2<br>Judge:　　　　Hon. Vince V. Chhabria<br>Date of Filing: December 14, 2017<br>Trial Date: None Set |

On December 14, 2017, Plaintiff and Defendant (herein jointly referred to as the "Parties") filed a Joint Stipulation to Continue Final Approval Hearing, which is currently scheduled for January 11, 2018.

The Parties requested this continuance in order to address an issue related to a limited number of recently identified Settlement Class Members (hereinafter referred to as the "Affected Settlement Class Members"). The Parties specifically requested this Court to continue the Final Approval Hearing scheduled for January 11, 2018 and in place of the currently scheduled Final Approval Hearing, have the Court hold a status conference so that the Parties can address any questions or concerns regarding this issue.

The Court, having considered the Joint Stipulation, and finding good cause therein, hereby **GRANTS** the Parties' request to continue the Final Approval Hearing. A status conference is set for January 11, 2018 at 10:00 A.M. in this courtroom.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: December 18, 2017

_____
THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE