Joshua B. Swigart, Esq. (SBN 225557)
josh@westcoastlitigation.com
David J. McGlothlin, Esq. (SBN 253265)
david@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
Ryan L. McBride, Esq. (SBN 297557)
ryan@kazlg.com
**Kazerouni Law Group**
245 Fischer Ave., Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile:   (800) 520-5523

*Class Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Robert A. Pastor; Scott M. Van Horn; Regina M. Florence; and William E. Florence III;** on behalf of himself and all others similarly situated**,**<br><br>Plaintiffs,<br><br>v.<br><br>**Bank of America, N.A.,**<br><br>Defendant. | Case No.: 3:15-cv-03831-VC<br><br>**CLASS ACTION**<br><br>**Notice of Motion and Motion for Final Approval of Class Action Settlement**<br><br><u>Hearing</u>:<br>Date: August 16, 2018<br>Time: 10:00 am<br>Dept.: Courtroom 4 (17th Floor)<br>**Judge: Hon. Vince Chhabria** |

NOTICE IS HEREBY GIVEN that on **Thursday, August 16, 2018 at 10:00 AM**, or as soon thereafter as the matter may be heard of the above captioned court, located at 450 Golden Gate Avenue, Courtroom 4-17th Floor, San Francisco, CA 94102, Plaintiffs Robert A. Pastor, Regina Florence, William Florence, and Scott Van Horn (collectively referred to as "Plaintiffs") on behalf of themselves and others similarly situated, request final approval of this proposed class action settlement agreement (the "Revised Settlement Agreement," "Agreement," or "Agr.") with Defendant Bank of America, N.A. (referred to as "Defendant" and/or "BANA"). Defendant BANA does not oppose this motion.

This motion is based upon the accompanying Memorandum of Points and Authorities, supporting declarations, the exhibits attached thereto, all pleadings and papers on file in this action and upon such other matters as the Court deems proper.

Date: July 20, 2018                     **Hyde & Swigart**

By: /s/ David J. McGlothlin
David J. McGlothlin, Esq.
Attorneys for Plaintiff