1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT A. PASTOR, on behalf of himself and all others similarly situated, | Case No.  15-cv-03831-VC |
| Plaintiff(s), | **CLASS ACTION** |
| v. | **DECLARATION OF DEBORAH MCCOMB RE: NOTICE PROCEDURES** |
| BANK OF AMERICA, | |
| Defendant. | |

I, Deborah McComb, declare as follows:

1.      I am employed as a Senior Project Manager by KCC Class Action Services, LLC ("KCC"), located at 3301 Kerner Blvd., San Rafael, California.  KCC was appointed as the Settlement Administrator in this matter and is not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

**CAFA Notification**

1.      In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, KCC compiled a CD-ROM containing the following documents:

     a.  Plaintiffs' Class Action Complaint, filed on August 21, 2015, along with all materials filed with the Complaint;

     b.  Plaintiffs' First Amended Class Action Complaint, filed on April 17, 2017, along with all materials filed with the First Amended Complaint;

     c.  The parties' Joint Motion for Preliminary Approval of Class Action Settlement, along with all supporting materials;

     d.  The proposed class action settlement agreement ("Class Settlement Agreement"), along with all exhibits thereto;

     e.  The proposed Class Notice, which includes both mail notice and notice available through the settlement website and which informs Settlement Class Members of the Settlement and their right to object to or request exclusion from the Settlement,

which accompanied a cover letter (collectively, the "CAFA Notice Packet"). A copy of the cover letter is attached hereto as Exhibit A.

2.      On May 19, 2017, KCC caused fifty-three (53) CAFA Notice Packets to be mailed via Priority Mail from the U.S. Post Office in Memphis, Tennessee to the parties listed on Exhibit B, *i.e.*, the U.S. Attorney General, the Attorneys General of each of the 50 States and the District of Columbia, as well as parties of interest to this Action.  Exhibit C provides a list of Priority Mail tracking numbers for each CAFA recipient.

3.      On July 28, 2017, after additional negotiations between the parties, and in further compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, KCC compiled a CD-ROM containing the following documents:

     a.  Revised Settlement Agreement filed on June 23, 2017;

b.  Revised Notices filed on June 23, 2017;

c.  The Court's preliminary approval order issued July 7, 2017;

d.  Ex Parte Motion filed July 26, 2017 and the Proposed Claims Forms; and

e.  Second Revised Notices filed on July 26, 2017 amending the notices per the Court's preliminary approval order in Redlined Format as requested,

which accompanied a cover letter (collectively, the "Supplemental CAFA Notice Packet"). A copy of the cover letter is attached hereto as Exhibit D.

4.      The Supplemental CAFA Notice Packet was mailed via Priority Mail to all parties listed on Exhibit B.   Exhibit E provides a list of Priority Mail tracking numbers for each Supplemental CAFA recipient.

5.      On September 6, 2017, in further compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Sections 1715(b)(2) and 1715(b)(7), KCC effected a Second Supplemental CAFA Notice mailing comprised of a cover letter and Appendix A (collectively, the "Second Supplemental CAFA Notice Packet"), providing an estimated number of Settlement Class Members by State of residence as well as the timing for the Final Approval Hearing in this matter.  A copy of the Second Supplemental CAFA Notice Packet is attached hereto as Exhibit F.

6.      The Second Supplemental CAFA Notice Packet was mailed via Priority Mail to all parties listed on Exhibit B.   Exhibit G provides a list of Priority Mail tracking numbers for each Second Supplemental CAFA Notice Packet recipient.

7.      On September 14, 2017, after determining that incorrect class data was provided to the Attorneys General, a corrective Second Supplemental CAFA Notice mailing comprised of a cover letter and Corrected Appendix A (collectively, the "Corrective Second Supplemental CAFA Notice Packet") was mailed via Priority Mail

3

to all parties listed on Exhibit B.  A copy of the Corrective Second Supplemental CAFA Notice Packet is attached hereto as Exhibit H.  Exhibit I provides a list of Priority Mail tracking numbers for each Corrective Second Supplemental CAFA Notice Packet recipient.

8.       As of the date of this declaration, KCC has received no response to the CAFA Notice Packet mailings from any of the recipients identified in paragraph 2 above.

**Class List**

9.       Group One:  On July 27, 2017, KCC received from Defendant lists of 534,972 persons identified as the Class List and on and August 8, 2017, an additional Class List containing 618 persons.  The Class Lists included names and mailing addresses.  KCC formatted the lists for mailing purposes and processed the names and addresses through the National Change of Address Database ("NCOA") to update any addresses on file with the United States Postal Service ("USPS").  A total of 50,789 addresses were found and updated via NCOA.  KCC removed duplicates and updated its proprietary database with the Class List, including those records with incomplete mailing addresses.

10.      Group Two:  On March 5, 2018, KCC received from Defendant a list of 61,409 persons identified as the Class List.  The Class Lists included names and mailing addresses.  KCC formatted the lists for mailing purposes and processed the names and addresses through the National Change of Address Database ("NCOA") to update any addresses on file with the United States Postal Service ("USPS").  A total of 4,734 addresses were found and updated via NCOA.  KCC removed duplicates and updated its proprietary database with the Class List, including those records with incomplete mailing addresses.

4

**Mailed Notice**

11.     On August 16, 2017, KCC caused the double post-card notice with detachable claim form "Mail Notice" to be printed and mailed to the 526,627 names and mailing addresses in the Class List for Group One.     On March 23, 2018 KCC caused the Mail Notice to be printed and mailed to an additional 58,090 names and mailing address in the Class List for Group Two.  Those that we had potential address issues, were corrected and finalized and mailed on April 10, 2018 to an additional 2,084 names and mailing address for the Class List for Group Two.  True and correct copies of the Mail Notice (s) are attached hereto as Exhibit J.

12.     Since mailing the Mail Notices to the Class Members for Group One, KCC has received 6,553 Mail Notices returned by the USPS with forwarding addresses.  Group Two KCC has received 423 Mail Notices returned by the USPS with forwarding addresses KCC immediately caused Mail Notices to be re-mailed to the forwarding addresses supplied by the USPS.

13.     Since mailing the Mail Notices to the Class Members for Group One, KCC has received 56,478 Mail Notices returned by the USPS with undeliverable addresses.  For Group Two KCC has received 7,239 Mail Notices returned by the USPS with undeliverable addresses.  Through credit bureau and/or other public source databases, KCC performed address searches for these undeliverable Mail Notices and was able to find updated addresses for 45,447 Class Members in both Groups.  KCC promptly re-mailed Mail Notices to the found new addresses.

**Published Notice**

14.     KCC caused the Publication Notice to be published in USA Today on August 16, 2017.   A true and correct copy of the Publication Notice is attached hereto as Exhibit K.

**Settlement Website**

15.     On   August   15,   2017,   KCC   established   a   website www.PastorBANAFCRASettlement.com   dedicated   to   this   matter   to   provide information to the Class Members and to answer frequently asked questions.  The website URL was set forth in the Mail Notice Publication Notice and Long Form Notice.  Visitors of the website can download copies of the Long Form Notice, Claim Form and other case-related documents.  Visitors can also submit claims online.  After the Court's March 13, 2018 Order re Supplemental Preliminary Approval, the website was updated again in compliance with the Court's order.

**Toll-Free Telephone Number**

16.     On August 15, 2017, KCC established an Interactive Voice Response ("IVR") toll-free telephone number dedicated to answering telephone inquiries from Class Members and to file Claims through the IVR.  Following the Court's March 16, 2018 order granting the Supplemental Preliminary Approval Motion, KCC reestablished the IVR for claims to be filed by all members.

**Request for Exclusion from Class**

17.     The postmark deadline for all Class Members to request to be excluded from the class was June 19, 2018.  As of the date of this declaration, KCC has received 33 requests for exclusion. 5 Class Member filed both a request for exclusion and a timely claim.  A list of the Class Members requesting to be excluded is attached hereto as Exhibit L.

**Objections**

18.     The deadline for Class Members to object to the Settlement was postmarked or electronically submitted by June 19, 2018 and was to be sent to both the Court and Class Counsel.  KCC is unaware of any objections to the Settlement.

**Claim Forms**

19.     To date KCC has received 121,956 claim forms.

**Group 1 Claims through the November 14, 2017 deadline date:**

To date, KCC has received 91,453 identified class members.   KCC also received 14,127 claims not originally identified by the Defendant.

**Group 1 Claims after November 14, 2017 to Group Two mail date:**

To date, KCC has received 1,803 identified class members.   KCC also received 784 claims not originally identified by the Defendant, during this timeframe.

**Group 2 Claims through the of June 19, 2018 deadline date:**

To date, KCC has received 9,611 identified class members for Group Two and 604 from Group One. KCC received 3,574 claims not originally identified by the Defendant.   Of the 13,789 claims filed during Group Two; 1,879 were identified as Duplicates, 63 claims were identified as suspicious claims.   A total of 11,242 claims are considered valid claims for Group Two.

**Group 1 valid claims:**   Of the 108,771 claims filed for both Group Ones; 5,006 were identified as Duplicates and 491 claims that were identified as suspicious claims and 5 claims also filed an Exclusion.   A total of 103,269 are considered valid claims for both Group Ones.

**Group 2 valid claims:**    Of the 13,185 claims filed for Group Two 1,879 were identified as Duplicates and 63 claims that were identified as suspicious claims.   A total of 11,243 claims are considered valid claims for Group Two.

**Cost of Administration**

20.   KCC estimates their costs through completion for Group One to be no higher than $775,000.00.   For Group Two to be no higher than $92,352.00.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 20th day of July 2018 at San Rafael, California.

_____
Deborah McComb

DECLARATION OF DEBORAH MCCOMB RE: NOTICE PROCEDURES

# EXHIBIT A

May 19, 2017

**<u>VIA PRIORITY MAIL</u>**

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State»  «Zip»

> Re:    Notice of Class Action Settlement Under 28 U.S.C. § 1715:  *Robert A. Pastor, Scott M. Van, Regina M. Florence, William E. Florence III, on behalf of themselves and all others similarly situated, Plaintiff, v. Bank of America, N.A., Defendant;* Case No. 15-cv-03831-VC (N.D. CA)

Dear «First» «Last»,

We write on behalf of Bank of America, N.A. ("BANA" or "Defendant"), which is the Defendant in the above-referenced action pending before the Honorable Vince Chhabria in the United States District Court for the Northern District of California.  This letter is to provide notice to your office, pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"), of a proposed class action settlement (the "Settlement") between BANA and Plaintiffs Robert A. Pastor, Scott M. Van Horn, Regina M. Florence, William E. Florence III ("Plaintiffs") in connection with Plaintiffs' claims under the Fair Credit Reporting Act.

On April 13, 2017, the parties filed a Joint Motion for Preliminary Approval of Class Action Settlement.  For the purposes of settlement, the parties seek certification of a class defined as:

> All persons with an address within the United States whose consumer credit report was obtained by BANA and/or FIA Card Services (FIA) for an Account Review Inquiry during the period August 21, 2010, through April 13, 2017 where the subject account relationship had terminated because any of the following criteria were met: (i) the debt on the account had been discharged in bankruptcy; (ii) the account was closed with a zero balance; or (iii) the account had been sold or transferred to a third party. Excluded from the Class are all current Bank of America employees, officers and directors, and the judge and magistrate presiding over this Action and their respective staff.

A hearing on the Joint Motion is set for June 8, 2017 at 10:00 a.m.

CAFA requires this notice to consist of the eight items addressed below.  Electronic copies of the documents identified below are included on the enclosed CD.  Please do not hesitate to contact us with any questions you may have regarding these materials.

«First» «Last»
May 19, 2017
Page 2

## I.      Enclosed Copies of Complaint, Settlement Materials, And Notice

As required by 28 U.S.C. § 1715(b)(1)-(b)(6), we have enclosed a CD containing the following materials (in Adobe Acrobat (.pdf) format) relating to the proposed Settlement:

1)      Plaintiffs' Class Action Complaint, filed on August 21, 2015, along with all materials filed with the Complaint **(Exhibit A);**

2)      Plaintiffs' First Amended Class Action Complaint, filed on April 17, 2017, along with all materials filed with the First Amended Complaint **(Exhibit B);**

3)      The parties' Joint Motion for Preliminary Approval of Class Action Settlement, along with all supporting materials **(Exhibit C)**;

4)      The proposed class action settlement agreement ("Class Settlement Agreement"), along with all exhibits thereto **(Exhibit D)**;

5)      The proposed Class Notice **(Exhibit E)**, which includes both mail notice and notice available through the settlement website and which informs Settlement Class Members of the Settlement and their right to object to or request exclusion from the Settlement.

## II.     Any Notice of Any Scheduled Judicial Hearing

Pursuant to 28 U.S.C. § 1715(b)(2), the Court has set the hearing on the parties' Joint Motion for Preliminary Approval of Class Action Settlement for June 8, 2017 at 10:00 a.m.

## III.    Any Notice to Class Members

Pursuant to 28 U.S.C. § 1715(b)(3), each Settlement Class Member will receive notification of the Class Settlement Agreement and his or her right to request exclusion from the Settlement. This information is provided in the proposed Class Notice **(Exhibit E)**.

## IV.    Any Proposed or Final Class Action Settlement

Pursuant to 28 U.S.C. § 1715(b)(4), the proposed Class Settlement Agreement is attached as **Exhibit D.**

## V.     Any Settlement Or Agreement Contemporaneously Made Between Class Counsel and Counsel for BANA

Pursuant to 28 U.S.C. § 1715(b)(5), there are no settlements or other agreements contemporaneously made between class counsel and counsel for Defendant, other than the Class Settlement Agreement **(Exhibit D)**.

«First» «Last»
May 19, 2017
Page 3

In addition to the agreements between class counsel and counsel for Defendant reflected in the Settlement Agreement, Defendant also discloses as follows:

## VI.     Related Actions

There are two related class actions filed by different plaintiff's counsel: (1) in the United States District Court for the District of Nevada (*Kim Vanamann, individually and on behalf of all others similarly situated v. FIA Card Services N.A.*, Case No. 2:16-cv-01071-RFB-CWH); and (2) in the United States District Court for the Southern District of California (*Sean and Janaka Adams, on behalf of themselves and all others similarly situated, Plaintiffs, v. Bank of America Corporation, and Does 1-10, inclusive, Defendant(s)*, Case No. 3:16- cv-1178-H-BLM). The Pastor class definition would subsume the *Vanamann* and *Adams* putative class members, and BANA has filed a motion to stay/transfer the *Vanamann* action to the Northern District of California pursuant to the first-to-file rule, and has signed a settlement agreement with the Adamses on an individual basis.

## VII.    Any Final Judgment Or Notice of  Dismissal

Pursuant to 28 U.S.C. § 1715(b)(6), the Court has not yet entered a final judgment or notice of dismissal as of the date of this notice.

## VIII.   Reasonable Estimate Of Number Of Class Members Residing In Each State And The Estimated Proportionate Share Of Such Claims Of Such Members To The Entire Settlement

Pursuant to 28 U.S.C. § 1715(b)(7), it is not feasible at this time to provide the number of Settlement Class Members who reside in each state, the estimated proportionate share of  the claims of such Settlement Class Members to the entire Settlement, or the exact number of Settlement Class Members.  Nonetheless, based upon the information currently available, BANA reasonably estimates that there are 537,857 Settlement Class Members nationwide.

The names of the class members and their last known addresses, as determined from Defendant's records will be updated by the settlement administrator using a Lexis-Nexis persons search and the National Change of Address Database.

The proportionate share of the settlement amount that each class member is eligible to receive is dependent upon the number of claims actually submitted, certain matters to be determined by the Court at the preliminary and final approval hearing (including, for example, the amount of the attorneys' fees and litigation costs, if any, to award to class counsel and the amount of any class representative award to plaintiff), whether certain class members cannot be located, the results of additional diligence to resolve any discrepancies in Defendant's business records, and certain other matters that will not be  known until the time of the final approval hearing (including, for example, the number of class members that request exclusion from the Pastor Action). At this

«First» «Last»
May 19, 2017
Page 4

time, and as set forth in detail in the Settlement Agreement, Defendant will pay a total amount of $1.645 million.

## IX.    <u>Written Judicial Opinions</u>

Pursuant to 28 U.S.C. § 1715(b)(8), no written judicial opinions have been issued relating to the proposed settlement as of this date.

**************

Pursuant to CAFA, you are not required to comment on the Settlement.  However, if you have questions about this notice, the lawsuit, or the enclosed materials, please do not hesitate to contact me.

Sincerely,


*Robert Austin*
Senior Vice President and Associate General Counsel
Bank of America

Encl.

# EXHIBIT B

| Last | First | Company | Address 1 | Address 2 | City | State | Zip |
|------|-------|---------|-----------|-----------|------|-------|-----|
| Lindemuth | Jahna | Office of the Alaska Attorney General | P.O. Box 110300 | | Juneau | AK | 99811-0300 |
| Marshall | Steve | Office of the Alabama Attorney General | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| Rutledge | Leslie | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Brnovich | Mark | Office of the Arizona Attorney General | 1275 W. Washington Street | | Phoenix | AZ | 85007 |
| CAFA Coordinator | | Office of the Attorney General | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Coffman | Cynthia | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Jepsen | George | State of Connecticut Attorney General's Office | 55 Elm Street | | Hartford | CT | 6106 |
| Racine | Karl A. | District of Columbia Attorney General | 441 4th Street, NW, Suite 1100S | | Washington | DC | 20001 |
| Sessions | Jefferson | Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Denn | Matthew | Delaware Attorney General | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Bondi | Pam | Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Carr | Chris | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Chin | Douglas S. | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Miller | Tom | Iowa Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Wasden | Lawrence | State of Idaho Attorney General's Office | Statehouse | 700 W Jefferson St | Boise | ID | 83720-0010 |
| Madigan | Lisa | Illinois Attorney General | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Hill, Jr. | Curtis T. | Indiana Attorney General's Office | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Schmidt | Derek | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| Beshear | Andy | Office of the Kentucky Attorney General | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601 |
| Landry | Jeff | Office of the Louisiana Attorney General | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Healey | Maura | Office of the Attorney General of Massachusetts | 1 Ashburton Place | | Boston | MA | 02108-1518 |
| Frosh | Brian | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Mills | Janet | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 |
| Schuette | Bill | Office of the Michigan Attorney General | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Lori Swanson | Attorney General | Attention: CAFA Coordinator | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 |
| Hawley | Joshua D. | Missouri Attorney General's Office | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Hood | Jim | Mississippi Attorney General's Office | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Fox | Tim | Office of the Montana Attorney General | Justice Bldg. | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Stein | Josh | Office of the North Carolina Attorney General | Department of Justice | P.O. Box 629 | Raleigh | NC | 27602-0629 |
| Stenehjem | Wayne | North Dakota Office of the Attorney General | State Capitol | 600 E. Boulevard Avenue | Bismarck | ND | 58505-0040 |
| Peterson | Doug | Office of the Nebraska Attorney General | State Capitol | P.O. Box 98920 | Lincoln | NE | 68509-8920 |
| Foster | Joseph A. | New Hampshire Attorney General | State House Annex | 33 Capitol Street | Concord | NH | 03301-6397 |
| Porrino | Chrisopher S. | Office of the New Jersey Attorney General | Richard J. Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625 |
| Balderas | Hector | Office of the New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Laxalt | Adam Paul | Nevada Attorney General | Old Supreme Ct. Bldg. | 100 North Carson Street | Carson City | NV | 89701 |
| Schneiderman | Eric | Office of the New York Attorney General | Department of Law | The Capitol, 2nd Floor | Albany | NY | 12224 |
| DeWine | Mike | Ohio Attorney General | State Office Tower | 30 E. Broad Street | Columbus | OH | 43266-0410 |
| Hunter | Mike | Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | Justice Building | 1162 Court Street, NE | Salem | OR | 97301 |
| Shapiro | Josh | Pennsylvania Office of the Attorney General | 1600 Strawberry Square | | Harrisburg | PA | 17120 |
| Kilmartin | Peter | Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 |
| Jackley | Marty J. | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Slatery, III | Herbert H. | Tennessee Attorney General and Reporter | 425 5th Avenue North | | Nashville | TN | 37243 |
| Paxton | Ken | Attorney General of Texas | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Reyes | Sean | Utah Office of the Attorney General | State Capitol, Room 236 | 350 N State St | Salt Lake City | UT | 84114-0810 |
| Herring | Mark | Office of the Virginia Attorney General | 900 East Main Street | | Richmond | VA | 23219 |
| Donovan | TJ | Office of the Attorney General of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Ferguson | Bob | Washington State Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Schimel | Brad | Office of the Wisconsin Attorney General | Dept of Justice, State Capitol, RM 114 | East P.O. Box 7857 | Madison | WI | 53707-7857 |
| Morrisey | Patrick | West Virginia Attorney General | State Capitol | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Michael | Peter K. | Office of the Wyoming Attorney General | State Capitol Bldg. | 200 W 24th St | Cheyenne | WY | 82002 |
| Duffy | Joseph | Morgan, Lewis & Bockius LLP | 300 S. Grand Avenue | 22nd Floor | Los Angeles | CA | 90071-3132 |

# EXHIBIT C

| Last | Company | City | State | Zip | Priority Mail Label |
|------|---------|------|-------|-----|---------------------|
| Lindemuth | Office of the Alaska Attorney General | Juneau | AK | 99811-0300 | 9405510200986549346235 |
| Marshall | Office of the Alabama Attorney General | Montgomery | AL | 36130-0152 | 9405510200986549346259 |
| Rutledge | Arkansas Attorney General Office | Little Rock | AR | 72201-2610 | 9405510200986549346266 |
| Brnovich | Office of the Arizona Attorney General | Phoenix | AZ | 85007 | 9405510200986549346303 |
| CAFA Coordinator | Office of the Attorney General | San Francisco | CA | 94102 | 9405510200986549346372 |
| Coffman | Office of the Colorado Attorney General | Denver | CO | 80203 | 9405510200986549346396 |
| Jepsen | State of Connecticut Attorney General's Office | Hartford | CT | 6106 | 9405510200986549346440 |
| Racine | District of Columbia Attorney General | Washington | DC | 20001 | 9405510200986549346471 |
| Sessions | Attorney General of the United States | Washington | DC | 20530-0001 | 9405510200986549346518 |
| Denn | Delaware Attorney General | Wilmington | DE | 19801 | 9405510200986549346570 |
| Bondi | Office of the Attorney General of Florida | Tallahassee | FL | 32399-1050 | 9405510200986549346594 |
| Carr | Office of the Georgia Attorney General | Atlanta | GA | 30334-1300 | 9405510200986549346655 |
| Chin | Office of the Hawaii Attorney General | Honolulu | HI | 96813 | 9405510200986549346723 |
| Miller | Iowa Attorney General | Des Moines | IA | 50319 | 9405510200986549346761 |
| Wasden | State of Idaho Attorney General's Office | Boise | ID | 83720-0010 | 9405510200986549346792 |
| Madigan | Illinois Attorney General | Chicago | IL | 60601 | 9405510200986549346846 |
| Hill, Jr. | Indiana Attorney General's Office | Indianapolis | IN | 46204 | 9405510200986549346877 |
| Schmidt | Kansas Attorney General | Topeka | KS | 66612-1597 | 9405510200986549346891 |
| Beshear | Office of the Kentucky Attorney General | Frankfort | KY | 40601 | 9405510200986549346921 |
| Landry | Office of the Louisiana Attorney General | Baton Rouge | LA | 70804-4095 | 9405510200986549346945 |
| Healey | Office of the Attorney General of Massachusetts | Boston | MA | 02108-1518 | 9405510200986549347003 |
| Frosh | Office of the Maryland Attorney General | Baltimore | MD | 21202-2202 | 9405510200986549347034 |
| Mills | Office of the Maine Attorney General | Augusta | ME | 04333 | 9405510200986549347058 |
| Schuette | Office of the Michigan Attorney General | Lansing | MI | 48909-0212 | 9405510200986549347119 |
| Lori Swanson | Attention: CAFA Coordinator | St. Paul | MN | 55101-2131 | 9405510200986549347133 |
| Hawley | Missouri Attorney General's Office | Jefferson City | MO | 65101 | 9405510200986549347171 |
| Hood | Mississippi Attorney General's Office | Jackson | MS | 39205 | 9405510200986549347201 |
| Fox | Office of the Montana Attorney General | Helena | MT | 59620-1401 | 9405510200986549347218 |
| Stein | Office of the North Carolina Attorney General | Raleigh | NC | 27602-0629 | 9405510200986549347232 |
| Stenehjem | North Dakota Office of the Attorney General | Bismarck | ND | 58505-0040 | 9405510200986549347263 |
| Peterson | Office of the Nebraska Attorney General | Lincoln | NE | 68509-8920 | 9405510200986549347294 |
| Foster | New Hampshire Attorney General | Concord | NH | 03301-6397 | 9405510200986549347331 |
| Porrino | Office of the New Jersey Attorney General | Trenton | NJ | 08625 | 9405510200986549347362 |
| Balderas | Office of the New Mexico Attorney General | Santa Fe | NM | 87504-1508 | 9405510200986549347416 |
| Laxalt | Nevada Attorney General | Carson City | NV | 89701 | 9405510200986549347454 |
| Schneiderman | Office of the New York Attorney General | Albany | NY | 12224 | 9405510200986549347508 |
| DeWine | Ohio Attorney General | Columbus | OH | 43266-0410 | 9405510200986549347560 |
| Hunter | Oklahoma Office of the Attorney General | Oklahoma City | OK | 73105 | 9405510200986549347584 |
| Rosenblum | Office of the Oregon Attorney General | Salem | OR | 97301 | 9405510200986549347607 |

| Shapiro | Pennsylvania Office of the Attorney General | Harrisburg | PA | 17120 | 9405510200986549347638 |
|---|---|---|---|---|---|
| Kilmartin | Rhode Island Office of the Attorney General | Providence | RI | 02903 | 9405510200986549347645 |
| Wilson | South Carolina Attorney General | Columbia | SC | 29211-1549 | 9405510200986549347690 |
| Jackley | South Dakota Office of the Attorney General | Pierre | SD | 57501-8501 | 9405510200986549347737 |
| Slatery, III | Tennessee Attorney General and Reporter | Nashville | TN | 37243 | 9405510200986549347805 |
| Paxton | Attorney General of Texas | Austin | TX | 78711-2548 | 9405510200986549347874 |
| Reyes | Utah Office of the Attorney General | Salt Lake City | UT | 84114-0810 | 9405510200986549347898 |
| Herring | Office of the Virginia Attorney General | Richmond | VA | 23219 | 9405510200986549347911 |
| Donovan | Office of the Attorney General of Vermont | Montpelier | VT | 05609-1001 | 9405510200986549347935 |
| Ferguson | Washington State Office of the Attorney General | Olympia | WA | 98504-0100 | 9405510200986549347980 |
| Schimel | Office of the Wisconsin Attorney General | Madison | WI | 53707-7857 | 9405510200986549348031 |
| Morrisey | West Virginia Attorney General | Charleston | WV | 25305 | 9405510200986549348079 |
| Michael | Office of the Wyoming Attorney General | Cheyenne | WY | 82002 | 9405510200986549348116 |
| Duffy | Morgan, Lewis & Bockius LLP | Los Angeles | CA | 90071-3132 | 9405510200986549348154 |

# EXHIBIT D

July 28, 2017

**<u>VIA PRIORITY MAIL</u>**

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State»  «Zip»

> Re:   Supplemental Notice of Class Action Settlement Under 28 U.S.C. § 1715:  *Robert A. Pastor, Scott M. Van Horn, Regina M. Florence, William E. Florence III, on behalf of themselves and all others similarly situated, Plaintiff, v. Bank of America, N.A., Defendant;* Case No. 15-cv-03831-VC (N.D. CA)

Dear «First» «Last»,

Pursuant to our July 20, 2017 discussion with the California Attorney General's Office and the Arizona Attorney General's Office, we write on behalf of Bank of America, N.A. ("BANA" or "Defendant"), the Defendant in the above-referenced action pending before the Honorable Vince Chhabria in the United States District Court for the Northern District of California.  This letter supplements our original notice provided to your office on May 19, 2017, and is pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"), of the proposed class action settlement (the "Settlement") between BANA and Plaintiffs Robert A. Pastor, Scott M. Van Horn, Regina M. Florence, William E. Florence III ("Plaintiffs") in connection with Plaintiffs' claims under the Fair Credit Reporting Act.

On April 13, 2017, the parties filed a Joint Motion for Preliminary Approval of Class Action Settlement.  For the purposes of settlement, the parties seek certification of a class defined as:

> All persons with an address within the United States whose consumer credit report was obtained by BANA and/or FIA Card Services (FIA) for an Account Review Inquiry during the period August 21, 2010, through April 13, 2017 where the subject account relationship had terminated because any of the following criteria were met: (i) the debt on the account had been discharged in bankruptcy; (ii) the account was closed with a zero balance; or (iii) the account had been sold or transferred to a third party. Excluded from the Class are all current Bank of America employees, officers and directors, and the judge and magistrate presiding over this Action and their respective staff.

On June 8, 2017, the Court conducted a hearing on the Joint Motion.  On June 23, 2017, the Parties jointly filed a Revised Settlement Agreement and revised notices.  The notices were revised to be more consumer-friendly and clarify: (1) eligibility to be in the class and (2) that the release of claims would only be for those claims that are based on the same factual basis as the issues in the Pastor case. On July 7, 2017, the Court issued its Preliminary Approval Order.  Per

«First» «Last»
July 28, 2017
Page 2

the Court's Order, we revised the notices to include a third option for consumers to submit a claim via telephone.

Electronic copies of the documents identified below are included on the enclosed CD. Please do not hesitate to contact us with any questions you may have regarding these materials.

### I.   Enclosed Copies of Revised Settlement Materials, Revised Notices, and the Court's Preliminary Approval Order

As required by 28 U.S.C. § 1715(b)(1)-(b)(6), we have enclosed a CD containing the following supplemental materials (in Adobe Acrobat (.pdf) format) relating to the Settlement:

1)   Revised Settlement Agreement filed on June 23, 2017 **(Exhibit A);**

2)   Revised Notices filed on June 23, 2017 **(Exhibit B);**

3)   The Court's preliminary approval order issued July 7, 2017 **(Exhibit C)**;

4)   Ex Parte Motion filed July 26, 2017 and the Proposed Claims Forms **(Exhibit D)**;

5)   Second Revised Notices filed on July 26, 2017 amending the notices per the Court's preliminary approval order in Redlined Format as requested **(Exhibit E)**.

### II.   Any Notice of Any Scheduled Judicial Hearing

Pursuant to 28 U.S.C. § 1715(b)(2), the Court has set the Final Approval Hearing for January 11, 2018 at 10:00 a.m.

### III.   Any Notice to Class Members

Pursuant to 28 U.S.C. § 1715(b)(3), each Settlement Class Member will receive notification of the Class Settlement Agreement and his or her right to request exclusion from the Settlement. This information is provided in the proposed revised Class Notice **(Exhibit B)**.

### IV.   Any Proposed or Final Class Action Settlement

Pursuant to 28 U.S.C. § 1715(b)(4), the proposed Class Settlement Agreement is attached as **Exhibit A.**

### V.   Any Settlement Or Agreement Contemporaneously Made Between Class Counsel and Counsel for BANA

Pursuant to 28 U.S.C. § 1715(b)(5), there are no settlements or other agreements contemporaneously made between class counsel and counsel for Defendant, other than the Revised Class Settlement Agreement **(Exhibit A)**.

2

«First» «Last»
July 28, 2017
Page 3

**VIII.**   **Reasonable Estimate Of Number Of Class Members Residing In Each State**

Pursuant to 28 U.S.C. § 1715(b)(7), and our discussion with the California Attorney General's Office and the Arizona Attorney General's Office, we are finalizing the data and will provide the number of Settlement Class Members who reside in each state (based on last known address) in a couple weeks.  Based upon the information currently available, BANA reasonably estimates that there are approximately 537,857 Settlement Class Members nationwide.

The names of the class members and their last known addresses, as determined from Defendant's records will be updated by the settlement administrator using a Lexis-Nexis persons search and the National Change of Address Database.

*************

Pursuant to CAFA, you are not required to comment on the Settlement.  However, if you have questions about this notice, the lawsuit, or the enclosed materials, please do not hesitate to contact me.

Sincerely,

*Robert Austin*
Senior Vice President and Associate General Counsel
Bank of America

Encl.

# EXHIBIT E

| Last | Company | City | State | Zip | Priority Mail Label |
|------|---------|------|-------|-----|---------------------|
| Lindemuth | Office of the Alaska Attorney General | Juneau | AK | 99811-0300 | 9405510200986576067127 |
| Marshall | Office of the Alabama Attorney General | Montgomery | AL | 36130-0152 | 9405510200986576067141 |
| Rutledge | Arkansas Attorney General Office | Little Rock | AR | 72201-2610 | 9405510200986576067189 |
| Brnovich | Office of the Arizona Attorney General | Phoenix | AZ | 85007 | 9405510200986576067202 |
| CAFA Coordinator | Office of the Attorney General | San Francisco | CA | 94102 | 9405510200986576067219 |
| Coffman | Office of the Colorado Attorney General | Denver | CO | 80203 | 9405510200986576067226 |
| Jepsen | State of Connecticut Attorney General's Office | Hartford | CT | 6106 | 9405510200986576067240 |
| Racine | District of Columbia Attorney General | Washington | DC | 20001 | 9405510200986576067257 |
| Sessions | Attorney General of the United States | Washington | DC | 20530-0001 | 9405510200986576067271 |
| Denn | Delaware Attorney General | Wilmington | DE | 19801 | 9405510200986576067288 |
| Bondi | Office of the Attorney General of Florida | Tallahassee | FL | 32399-1050 | 9405510200986576067301 |
| Carr | Office of the Georgia Attorney General | Atlanta | GA | 30334-1300 | 9405510200986576067318 |
| Chin | Office of the Hawaii Attorney General | Honolulu | HI | 96813 | 9405510200986576067332 |
| Miller | Iowa Attorney General | Des Moines | IA | 50319 | 9405510200986576067349 |
| Wasden | State of Idaho Attorney General's Office | Boise | ID | 83720-0010 | 9405510200986576067387 |
| Madigan | Illinois Attorney General | Chicago | IL | 60601 | 9405510200986576067400 |
| Hill, Jr. | Indiana Attorney General's Office | Indianapolis | IN | 46204 | 9405510200986576067424 |
| Schmidt | Kansas Attorney General | Topeka | KS | 66612-1597 | 9405510200986576067448 |
| Beshear | Office of the Kentucky Attorney General | Frankfort | KY | 40601 | 9405510200986576067455 |
| Landry | Office of the Louisiana Attorney General | Baton Rouge | LA | 70804-4095 | 9405510200986576067479 |
| Healey | Office of the Attorney General of Massachusetts | Boston | MA | 02108-1518 | 9405510200986576067493 |
| Frosh | Office of the Maryland Attorney General | Baltimore | MD | 21202-2202 | 9405510200986576067509 |
| Mills | Office of the Maine Attorney General | Augusta | ME | 04333 | 9405510200986576067516 |
| Schuette | Office of the Michigan Attorney General | Lansing | MI | 48909-0212 | 9405510200986576067523 |
| Lori Swanson | Attention: CAFA Coordinator | St. Paul | MN | 55101-2131 | 9405510200986576067530 |
| Hawley | Missouri Attorney General's Office | Jefferson City | MO | 65101 | 9405510200986576067554 |
| Hood | Mississippi Attorney General's Office | Jackson | MS | 39205 | 9405510200986576067561 |
| Fox | Office of the Montana Attorney General | Helena | MT | 59620-1401 | 9405510200986576067585 |
| Stein | Office of the North Carolina Attorney General | Raleigh | NC | 27602-0629 | 9405510200986576067592 |
| Stenehjem | North Dakota Office of the Attorney General | Bismarck | ND | 58505-0040 | 9405510200986576067608 |
| Peterson | Office of the Nebraska Attorney General | Lincoln | NE | 68509-8920 | 9405510200986576067622 |
| Foster | New Hampshire Attorney General | Concord | NH | 03301-6397 | 9405510200986576067646 |
| Porrino | Office of the New Jersey Attorney General | Trenton | NJ | 08625 | 9405510200986576067653 |
| Balderas | Office of the New Mexico Attorney General | Santa Fe | NM | 87504-1508 | 9405510200986576067660 |
| Laxalt | Nevada Attorney General | Carson City | NV | 89701 | 9405510200986576067677 |
| Schneiderman | Office of the New York Attorney General | Albany | NY | 12224 | 9405510200986576067707 |
| DeWine | Ohio Attorney General | Columbus | OH | 43266-0410 | 9405510200986576067721 |
| Hunter | Oklahoma Office of the Attorney General | Oklahoma City | OK | 73105 | 9405510200986576067738 |
| Rosenblum | Office of the Oregon Attorney General | Salem | OR | 97301 | 9405510200986576067752 |
| Shapiro | Pennsylvania Office of the Attorney General | Harrisburg | PA | 17120 | 9405510200986576067776 |
| Kilmartin | Rhode Island Office of the Attorney General | Providence | RI | 02903 | 9405510200986576067783 |
| Wilson | South Carolina Attorney General | Columbia | SC | 29211-1549 | 9405510200986576070868 |
| Jackley | South Dakota Office of the Attorney General | Pierre | SD | 57501-8501 | 9405510200986576070882 |
| Slatery, III | Tennessee Attorney General and Reporter | Nashville | TN | 37243 | 9405510200986576070899 |
| Paxton | Attorney General of Texas | Austin | TX | 78711-2548 | 9405510200986576070905 |
| Reyes | Utah Office of the Attorney General | Salt Lake City | UT | 84114-0810 | 9405510200986576070929 |
| Herring | Office of the Virginia Attorney General | Richmond | VA | 23219 | 9405510200986576070936 |
| Donovan | Office of the Attorney General of Vermont | Montpelier | VT | 05609-1001 | 9405510200986576070943 |
| Ferguson | Washington State Office of the Attorney General | Olympia | WA | 98504-0100 | 9405510200986576070950 |
| Schimel | Office of the Wisconsin Attorney General | Madison | WI | 53707-7857 | 9405510200986576070967 |
| Morrisey | West Virginia Attorney General | Charleston | WV | 25305 | 9405510200986576070970 |
| Michael | Office of the Wyoming Attorney General | Cheyenne | WY | 82002 | 9405510200986576070998 |
| Duffy | Morgan, Lewis & Bockius LLP | Los Angeles | CA | 90071-3132 | 9405510200986576071001 |

# EXHIBIT F

September 6, 2017

**VIA PRIORITY MAIL**

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State»  «Zip»

> Re:   Second Supplemental Notice of Class Action Settlement Under 28 U.S.C. § 1715: *Robert A. Pastor, Scott M. Van Horn, Regina M. Florence, William E. Florence III, on behalf of themselves and all others similarly situated, Plaintiff, v. Bank of America, N.A., Defendant;* Case No. 15-cv-03831-VC (N.D. CA)

Dear «First» «Last»,

Pursuant to our July 20, 2017 discussion with the California Attorney General's Office and the Arizona Attorney General's Office, we write on behalf of Bank of America, N.A. ("BANA" or "Defendant"), the Defendant in the above-referenced action pending before the Honorable Vince Chhabria in the United States District Court for the Northern District of California.  This letter supplements our original notice provided to your office on May 19, 2017, and our supplemental notice provided to your office on July 28, 2017, and is pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"), of the proposed class action settlement (the "Settlement") between BANA and Plaintiffs Robert A. Pastor, Scott M. Van Horn, Regina M. Florence, William E. Florence III ("Plaintiffs") in connection with Plaintiffs' claims under the Fair Credit Reporting Act.

As way of background, on April 13, 2017, the parties filed a Joint Motion for Preliminary Approval of Class Action Settlement.  For the purposes of settlement, the parties seek certification of a class defined as:

> All persons with an address within the United States whose consumer credit report was obtained by BANA and/or FIA Card Services (FIA) for an Account Review Inquiry during the period August 21, 2010, through April 13, 2017 where the subject account relationship had terminated because any of the following criteria were met: (i) the debt on the account had been discharged in bankruptcy; (ii) the account was closed with a zero balance; or (iii) the account had been sold or transferred to a third party. Excluded from the Class are all current Bank of America employees, officers and directors, and the judge and magistrate presiding over this Action and their respective staff.

On June 8, 2017, the Court conducted a hearing on the Joint Motion.  On June 23, 2017, the Parties jointly filed a Revised Settlement Agreement and revised notices.  The notices were revised to be more consumer-friendly and clarify: (1) eligibility to be in the class and (2) that the release of claims would only be for those claims that are based on the same factual basis as the

«First» «Last»
September 6, 2017
Page 2

issues in the Pastor case. On July 7, 2017, the Court issued its Preliminary Approval Order.  Per the Court's Order, we revised the notices to include a third option for consumers to submit a claim via telephone.  Notice went out to class members on August 16, 2017 per the Court's schedule.

An electronic copy of the document identified below is provided on the attached Appendix A. Please do not hesitate to contact us with any questions you may have regarding these materials.

## I.     <u>Enclosed Copy of State Estimates</u>

As required by 28 U.S.C. § 1715(b)(7), we have provided the estimated number of Settlement Class Members who reside in your state (based on their last known address) in Adobe Acrobat (.pdf) format.  Based on the information currently available, BANA reasonably estimates that there will be no more than 537,857 Settlement Class Members nationwide.

## II.     <u>Any Notice of Any Scheduled Judicial Hearing</u>

Pursuant to 28 U.S.C. § 1715(b)(2), the Court has set the Final Approval Hearing for January 11, 2018 at 10:00 a.m.

*************

Pursuant to CAFA, you are not required to comment on the Settlement.  However, if you have questions about this notice, the lawsuit, or the enclosed material, please do not hesitate to contact me.

Sincerely,


*Robert Austin*
Senior Vice President and Associate General Counsel
Bank of America


Attachment

*Robert A. Pastor, et al., v. Bank of America, N.A.*
Case No. 15-cv-03831-VC (N.D. CA)
Second Supplemental CAFA Mailing

## APPENDIX A

| State/Region | Count | Pctg of Class |
|---|---|---|
| AB* | 1 | <1% |
| AZ | 16,315 | 7% |
| CA | 100,651 | 40% |
| DE | 1,386 | <1% |
| HI | 1,885 | <1% |
| MA | 11,765 | 5% |
| MD | 13,735 | 6% |
| MI | 17,990 | 7% |
| NC | 12,387 | 5% |
| NE | 1,301 | <1% |
| NV | 11,502 | 5% |
| OH | 14,181 | 6% |
| PA | 13,599 | 5% |
| VA | 13,836 | 6% |
| WA | 17,661 | 7% |
| WV | 1,404 | <1% |
| *TOTAL* | *249,599* | *100%* |

*Denotes foreign region (Canadian Province)

# EXHIBIT G

| Last | Company | City | State | Zip | Priority Mail Label |
|------|---------|------|-------|-----|---------------------|
| Lindemuth | Office of the Alaska Attorney General | Juneau | AK | 99811-0300 | 9405510200986591332026' |
| Marshall | Office of the Alabama Attorney General | Montgomery | AL | 36130-0152 | 9405510200986591332033' |
| Rutledge | Arkansas Attorney General Office | Little Rock | AR | 72201-2610 | 9405510200986591332057' |
| Brnovich | Office of the Arizona Attorney General | Phoenix | AZ | 85007 | 9405510200986591332064' |
| CAFA Coordinator | Office of the Attorney General | San Francisco | CA | 94102 | 9405510200986591332088' |
| Coffman | Office of the Colorado Attorney General | Denver | CO | 80203 | 9405510200986591332095' |
| Jepsen | State of Connecticut Attorney General's Office | Hartford | CT | 6106 | 9405510200986591332125' |
| Racine | District of Columbia Attorney General | Washington | DC | 20001 | 9405510200986591332149' |
| Sessions | Attorney General of the United States | Washington | DC | 20530-0001 | 9405510200986591332163' |
| Denn | Delaware Attorney General | Wilmington | DE | 19801 | 9405510200986591332187' |
| Bondi | Office of the Attorney General of Florida | Tallahassee | FL | 32399-1050 | 9405510200986591332194' |
| Carr | Office of the Georgia Attorney General | Atlanta | GA | 30334-1300 | 9405510200986591332224' |
| Chin | Office of the Hawaii Attorney General | Honolulu | HI | 96813 | 9405510200986591332231' |
| Miller | Iowa Attorney General | Des Moines | IA | 50319 | 9405510200986591334426' |
| Wasden | State of Idaho Attorney General's Office | Boise | ID | 83720-0010 | 9405510200986591334440' |
| Madigan | Illinois Attorney General | Chicago | IL | 60601 | 9405510200986591334518' |
| Hill, Jr. | Indiana Attorney General's Office | Indianapolis | IN | 46204 | 9405510200986591334532' |
| Schmidt | Kansas Attorney General | Topeka | KS | 66612-1597 | 9405510200986591334556' |
| Beshear | Office of the Kentucky Attorney General | Frankfort | KY | 40601 | 9405510200986591334570' |
| Landry | Office of the Louisiana Attorney General | Baton Rouge | LA | 70804-4095 | 9405510200986591334617' |
| Healey | Office of the Attorney General of Massachusetts | Boston | MA | 02108-1518 | 9405510200986591334631' |
| Frosh | Office of the Maryland Attorney General | Baltimore | MD | 21202-2202 | 9405510200986591334648' |
| Mills | Office of the Maine Attorney General | Augusta | ME | 04333 | 9405510200986591334679' |
| Schuette | Office of the Michigan Attorney General | Lansing | MI | 48909-0212 | 9405510200986591334686' |
| Lori Swanson | Attention: CAFA Coordinator | St. Paul | MN | 55101-2131 | 9405510200986591332552' |
| Hawley | Missouri Attorney General's Office | Jefferson City | MO | 65101 | 9405510200986591332583' |
| Hood | Mississippi Attorney General's Office | Jackson | MS | 39205 | 9405510200986591332590' |
| Fox | Office of the Montana Attorney General | Helena | MT | 59620-1401 | 9405510200986591332620' |
| Stein | Office of the North Carolina Attorney General | Raleigh | NC | 27602-0629 | 9405510200986591332644' |
| Stenehjem | North Dakota Office of the Attorney General | Bismarck | ND | 58505-0040 | 9405510200986591332668' |
| Peterson | Office of the Nebraska Attorney General | Lincoln | NE | 68509-8920 | 9405510200986591332699' |
| Foster | New Hampshire Attorney General | Concord | NH | 03301-6397 | 9405510200986591332729' |
| Porrino | Office of the New Jersey Attorney General | Trenton | NJ | 08625 | 9405510200986591332736' |
| Balderas | Office of the New Mexico Attorney General | Santa Fe | NM | 87504-1508 | 9405510200986591332743' |
| Laxalt | Nevada Attorney General | Carson City | NV | 89701 | 9405510200986591332750' |
| Schneiderman | Office of the New York Attorney General | Albany | NY | 12224 | 9405510200986591332767' |
| DeWine | Ohio Attorney General | Columbus | OH | 43266-0410 | 9405510200986591332774' |
| Hunter | Oklahoma Office of the Attorney General | Oklahoma City | OK | 73105 | 9405510200986591332798' |
| Rosenblum | Office of the Oregon Attorney General | Salem | OR | 97301 | 9405510200986591332828' |

| | | | | | |
|---|---|---|---|---|---|
| Shapiro | Pennsylvania Office of the Attorney General | Harrisburg | PA | 17120 | 9405510200986591332835' |
| Kilmartin | Rhode Island Office of the Attorney General | Providence | RI | 02903 | 9405510200986591332842' |
| Wilson | South Carolina Attorney General | Columbia | SC | 29211-1549 | 9405510200986591332859' |
| Jackley | South Dakota Office of the Attorney General | Pierre | SD | 57501-8501 | 9405510200986591332873' |
| Slatery, III | Tennessee Attorney General and Reporter | Nashville | TN | 37243 | 9405510200986591332880' |
| Paxton | Attorney General of Texas | Austin | TX | 78711-2548 | 9405510200986591332903' |
| Reyes | Utah Office of the Attorney General | Salt Lake City | UT | 84114-0810 | 9405510200986591332910' |
| Herring | Office of the Virginia Attorney General | Richmond | VA | 23219 | 9405510200986591332927' |
| Donovan | Office of the Attorney General of Vermont | Montpelier | VT | 05609-1001 | 9405510200986591332941' |
| Ferguson | Washington State Office of the Attorney General | Olympia | WA | 98504-0100 | 9405510200986591332972' |
| Schimel | Office of the Wisconsin Attorney General | Madison | WI | 53707-7857 | 9405510200986591332996' |
| Morrisey | West Virginia Attorney General | Charleston | WV | 25305 | 9405510200986591333047' |
| Michael | Office of the Wyoming Attorney General | Cheyenne | WY | 82002 | 9405510200986591333054' |
| Duffy | Morgan, Lewis & Bockius LLP | Los Angeles | CA | 90071-3132 | 9405510200986591333078' |

# EXHIBIT H



3301 Kerner Boulevard    415.798.5900   PHONE
San Rafael, CA 94901     415.892.7354   FAX
                         kccllc.com

September 14, 2017

**VIA PRIORITY MAIL**

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State»  «Zip»

Re:    **Correction to** Second Supplemental Notice of Class Action Settlement Under 28 U.S.C. §
       1715:  *Robert A. Pastor, Scott M. Van Horn, Regina M. Florence, William E. Florence III,
       on behalf of themselves and all others similarly situated, Plaintiff, v. Bank of America, N.A.,
       Defendant;* Case No. 15-cv-03831-VC (N.D. CA)

Dear «First» «Last»,

Correspondence regarding a Second Supplemental Notice of Class Action Settlement Under 28 U.S.C.
§1715 sent to you on September 6, 2017, in the above-referenced action included incorrect class data in
Appendix A (State Estimates of Impacted Consumers).  This incorrect data was due to a data processing
error on our part.  This did not impact notification to consumers in any way.  We apologize for the error.

A corrected Appendix A is provided along with a copy of the original September 6, 2017, correspondence
attached to this communication.

Sincerely,

*Jeanne M. Chernila*
*KCC*
*Settlement Claims Administrator for the Pastor v. Bank of America, N.A. Class Settlement*

Attachment

*Robert A. Pastor, et al., v. Bank of America, N.A.*
Case No. 15-cv-03831-VC (N.D. CA)
Second Supplemental CAFA Mailing

## **CORRECTED APPENDIX A**

| State/Region | Count | Pctg. Of Class |
|---|---|---|
| Unknown | 20 | <1% |
| AK | 670 | <1% |
| AL | 4,618 | 1% |
| AR | 3,447 | 1% |
| AZ | 16,163 | 3% |
| CA | 99,264 | 19% |
| CO | 8,548 | 2% |
| CT | 6,746 | 1% |
| DC | 644 | <1% |
| DE | 1,384 | <1% |
| FL | 58,748 | 11% |
| GA | 21,223 | 4% |
| HI | 1,832 | <1% |
| IA | 2,612 | <1% |
| ID | 2,787 | 1% |
| IL | 21,270 | 4% |
| IN | 7,615 | 1% |
| KS | 3,563 | 1% |
| KY | 4,119 | 1% |
| LA | 2,636 | 1% |
| MA | 11,613 | 2% |
| MD | 13,537 | 3% |
| ME | 2,174 | <1% |
| MI | 17,823 | 3% |
| MN | 5,780 | 1% |
| MO | 9,250 | 2% |
| MS | 2,219 | <1% |
| MT | 842 | <1% |
| NC | 12,360 | 2% |
| ND | 374 | <1% |
| NE | 1,310 | <1% |
| NH | 2,547 | <1% |
| NJ | 19,929 | 4% |
| NM | 2,914 | 1% |
| NV | 11,335 | 2% |
| NY | 23,962 | 5% |
| OH | 14,059 | 3% |

*Robert A. Pastor, et al., v. Bank of America, N.A.*
Case No. 15-cv-03831-VC (N.D. CA)
Second Supplemental CAFA Mailing

## <u>CORRECTED APPENDIX A</u>

| State/Region | Count | Pctg. Of Class |
|---|---|---|
| OK | 4,292 | 1% |
| OR | 7,625 | 1% |
| PA | 13,516 | 3% |
| RI | 2,690 | 1% |
| SC | 4,688 | 1% |
| SD | 477 | <1% |
| TN | 9,014 | 2% |
| TX | 20,638 | 4% |
| UT | 3,056 | 1% |
| VA | 13,698 | 3% |
| VT | 549 | <1% |
| WA | 17,548 | 3% |
| WI | 6,144 | 1% |
| WV | 1,393 | <1% |
| WY | 352 | <1% |
| AA* | 4 | <1% |
| AE* | 47 | <1% |
| AP* | 31 | <1% |
| AS | 2 | <1% |
| FM | 1 | <1% |
| GU | 56 | <1% |
| PR | 869 | <1% |
| VI | 23 | <1% |
| *TOTAL* | *526,650* | *100%* |

*Denotes U.S. Military Base

# EXHIBIT I

| Last | Company | City | State | Zip | Priority Mail Label |
|------|---------|------|-------|-----|---------------------|
| Lindemuth | Office of the Alaska Attorney General | Juneau | AK | 99811-0300 | 9405510200986594229675' |
| Marshall | Office of the Alabama Attorney General | Montgomery | AL | 36130-0152 | 9405510200986594229682' |
| Rutledge | Arkansas Attorney General Office | Little Rock | AR | 72201-2610 | 9405510200986594229699' |
| Brnovich | Office of the Arizona Attorney General | Phoenix | AZ | 85007 | 9405510200986594229712' |
| CAFA Coordinator | Office of the Attorney General | San Francisco | CA | 94102 | 9405510200986594229774' |
| Coffman | Office of the Colorado Attorney General | Denver | CO | 80203 | 9405510200986594229781' |
| Jepsen | State of Connecticut Attorney General's Office | Hartford | CT | 6106 | 9405510200986594229798' |
| Racine | District of Columbia Attorney General | Washington | DC | 20001 | 9405510200986594229828' |
| Sessions | Attorney General of the United States | Washington | DC | 20530-0001 | 9405510200986594229835' |
| Denn | Delaware Attorney General | Wilmington | DE | 19801 | 9405510200986594229842' |
| Bondi | Office of the Attorney General of Florida | Tallahassee | FL | 32399-1050 | 9405510200986594229866' |
| Carr | Office of the Georgia Attorney General | Atlanta | GA | 30334-1300 | 9405510200986594229873' |
| Chin | Office of the Hawaii Attorney General | Honolulu | HI | 96813 | 9405510200986594229903' |
| Miller | Iowa Attorney General | Des Moines | IA | 50319 | 9405510200986594229910' |
| Wasden | State of Idaho Attorney General's Office | Boise | ID | 83720-0010 | 9405510200986594229927' |
| Madigan | Illinois Attorney General | Chicago | IL | 60601 | 9405510200986594229965' |
| Hill, Jr. | Indiana Attorney General's Office | Indianapolis | IN | 46204 | 9405510200986594229989' |
| Schmidt | Kansas Attorney General | Topeka | KS | 66612-1597 | 9405510200986594230008' |
| Beshear | Office of the Kentucky Attorney General | Frankfort | KY | 40601 | 9405510200986594230015' |
| Landry | Office of the Louisiana Attorney General | Baton Rouge | LA | 70804-4095 | 9405510200986594230190' |
| Healey | Office of the Attorney General of Massachusetts | Boston | MA | 02108-1518 | 9405510200986594230206' |
| Frosh | Office of the Maryland Attorney General | Baltimore | MD | 21202-2202 | 9405510200986594230237' |
| Mills | Office of the Maine Attorney General | Augusta | ME | 04333 | 9405510200986594230268' |
| Schuette | Office of the Michigan Attorney General | Lansing | MI | 48909-0212 | 9405510200986594230275' |
| Lori Swanson | Attention: CAFA Coordinator | St. Paul | MN | 55101-2131 | 9405510200986594230305' |
| Hawley | Missouri Attorney General's Office | Jefferson City | MO | 65101 | 9405510200986594230312' |
| Hood | Mississippi Attorney General's Office | Jackson | MS | 39205 | 9405510200986594230329' |
| Fox | Office of the Montana Attorney General | Helena | MT | 59620-1401 | 9405510200986594230350' |
| Stein | Office of the North Carolina Attorney General | Raleigh | NC | 27602-0629 | 9405510200986594230374' |
| Stenehjem | North Dakota Office of the Attorney General | Bismarck | ND | 58505-0040 | 9405510200986594230381' |
| Peterson | Office of the Nebraska Attorney General | Lincoln | NE | 68509-8920 | 9405510200986594230398' |
| Foster | New Hampshire Attorney General | Concord | NH | 03301-6397 | 9405510200986594230404' |
| Porrino | Office of the New Jersey Attorney General | Trenton | NJ | 08625 | 9405510200986594230435' |
| Balderas | Office of the New Mexico Attorney General | Santa Fe | NM | 87504-1508 | 9405510200986594230466' |
| Laxalt | Nevada Attorney General | Carson City | NV | 89701 | 9405510200986594230473' |
| Schneiderman | Office of the New York Attorney General | Albany | NY | 12224 | 9405510200986594230497' |
| DeWine | Ohio Attorney General | Columbus | OH | 43266-0410 | 9405510200986594230527' |
| Hunter | Oklahoma Office of the Attorney General | Oklahoma City | OK | 73105 | 9405510200986594230541' |
| Rosenblum | Office of the Oregon Attorney General | Salem | OR | 97301 | 9405510200986594230572' |

| Shapiro | Pennsylvania Office of the Attorney General | Harrisburg | PA | 17120 | 9405510200986594230596' |
|---|---|---|---|---|---|
| Kilmartin | Rhode Island Office of the Attorney General | Providence | RI | 02903 | 9405510200986594230619' |
| Wilson | South Carolina Attorney General | Columbia | SC | 29211-1549 | 9405510200986594230633' |
| Jackley | South Dakota Office of the Attorney General | Pierre | SD | 57501-8501 | 9405510200986594230664' |
| Slatery, III | Tennessee Attorney General and Reporter | Nashville | TN | 37243 | 9405510200986594230671' |
| Paxton | Attorney General of Texas | Austin | TX | 78711-2548 | 9405510200986594230695' |
| Reyes | Utah Office of the Attorney General | Salt Lake City | UT | 84114-0810 | 9405510200986594230701' |
| Herring | Office of the Virginia Attorney General | Richmond | VA | 23219 | 9405510200986594230725' |
| Donovan | Office of the Attorney General of Vermont | Montpelier | VT | 05609-1001 | 9405510200986594230732' |
| Ferguson | Washington State Office of the Attorney General | Olympia | WA | 98504-0100 | 9405510200986594230749' |
| Schimel | Office of the Wisconsin Attorney General | Madison | WI | 53707-7857 | 9405510200986594230763' |
| Morrisey | West Virginia Attorney General | Charleston | WV | 25305 | 9405510200986594230770' |
| Michael | Office of the Wyoming Attorney General | Cheyenne | WY | 82002 | 9405510200986594230824' |
| Duffy | Morgan, Lewis & Bockius LLP | Los Angeles | CA | 90071-3132 | 9405510200986594230831' |

# EXHIBIT J

## LEGAL NOTICE OF PROPOSED
## CLASS ACTION SETTLEMENT
## AND FAIRNESS HEARING

Bank of America FCRA Settlement
P.O. Box 404023
Louisville, KY 40233-4023

If Bank of America accessed your credit report after your account relationship ended, between August 21, 2010 and July 7, 2017, you may be entitled to a cash payment from a class action settlement. Visit www.PastorBANAFCRASettlement.com or call 1-844-200-9297 for detailed information about the Settlement and how to submit a claim.

**The Court authorized this notice.**

**This is not a solicitation from a lawyer**

Claim#: BKP-<<ClaimID>>-<<MailRec>>
<<First1>> <<Last1>>
<<CO>>
<<Addr1>>
<<Addr2>>
<<City>>, <<St>> <<Zip>>
<<Country>>

**BKP**

---

BKPCRD3

Carefully separate at perforation

Claim ID: «ClaimID»

### Settlement Claim Form

Claim #: BKP-«ClaimID»-«MailRec»

Name/Address Change, if any:

<<First1>> <<Last1>>

<<Addr1>> <<Addr2>>

<<City>>, <<St>> <<Zip>>

_____

_____

_____

**By submitting this Claim, I am requesting a Settlement Fund Payment.**

Address for Settlement Fund Payment (if different from where this notice was sent)

Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Signature : _____

Date (mm/dd/yyyy): _____

**Mail this Claim Form on or before November 14, 2017**

BKP «ClaimID» **BKP**

A Settlement has been reached with Bank of America, N.A. ("BofA") in a class action lawsuit claiming that BofA violated the Fair Credit Reporting Act ("FCRA") by accessing your credit report after your account relationship ended, between August 21, 2010 and July 7, 2017 ("Class Period"). The Court did not decide in favor of Plaintiffs or BofA, and BofA denies any violation. However, to settle the case, BofA has agreed to provide for a Settlement Fund of $1,645,000.00 to compensate the Class Members and to pay attorneys' fees and costs.

BofA's records indicate that you may be included in the Settlement because it accessed your credit report during the time period in question.

People receiving this Notice are entitled to receive a cash payment from this Settlement. To receive a payment, you are to submit a Claim Form  If the Court approves the Settlement, and you submitted a valid claim, you will be paid an equal distribution from the Settlement, depending on the number of claims submitted. Payment amounts will vary based on the total number of claims received.

If you do not want to be legally bound by the Settlement, you must exclude yourself from it by November 14, 2017. Unless you exclude yourself, you will not be able to sue BofA and related entities for the claims made in this lawsuit or released by the Settlement. If you stay in the Settlement (i.e., don't exclude yourself), you may object to it or ask for permission for you or your own lawyer to appear and speak at the fairness hearing—at your own cost—but you do not have to. Objections and requests to appear are due by November 14, 2017. More information is available at www.PastorBANAFCRASettlement.com. You may also contact the Settlement Administrator with questions at 1-844-200-9297.

The Court will hold a fairness hearing on January 11, 2018, at 10:00 a.m., in Courtroom 4 at 450 Golden Gate Avenue, 17th Floor, San Francisco, CA  94102 , to decide whether to approve: (1) the Settlement, (2) attorneys' fees and litigation costs, and (3) incentive payments to the Class Representative. The case number is 3:15-cv-03831-VC.

BKP



PLACE

STAMP

HERE

BANK OF AMERICA FCRA SETTLEMENT
PO BOX 404023
LOUISVILLE KY 40233–4023

## LEGAL NOTICE OF PROPOSED
## CLASS ACTION SETTLEMENT
## AND FAIRNESS HEARING

Bank of America FCRA Settlement
P.O. Box 404023
Louisville, KY 40233-4023

If Bank of America accessed your credit report after your account relationship ended, between August 21, 2010 and July 7, 2017, you may be entitled to a cash payment from a class action settlement. Visit www.PastorBANAFCRASettlement.com or call 1-844-200-9297 for detailed information about the Settlement and how to submit a claim.

**The Court authorized this notice.**

**This is not a solicitation from a lawyer**

Claim#: BKP-<<ClaimID>>-<<MailRec>>
<<First1>> <<Last1>>
<<CO>>
<<Addr1>>
<<Addr2>>
<<City>>, <<St>> <<Zip>>
<<Country>>

**BKP**

---

Carefully separate at perforation

Claim ID: «ClaimID»

BKPCRD4

### Settlement Claim Form

Claim #: BKP-«ClaimID»-«MailRec»

<<First1>> <<Last1>>

<<Addr1>> <<Addr2>>

<<City>>, <<St>> <<Zip>>

Name/Address Change, if any:

_____

_____

_____

**By submitting this Claim, I am requesting a Settlement Fund Payment.**

Address for Settlement Fund Payment (if different from where this notice was sent)

Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Signature : _____

Date (mm/dd/yyyy): _____

**Mail this Claim Form on or before June 19, 2018**

   «ClaimID»  **BKP** 

A Settlement has been reached with Bank of America, N.A. ("BofA") in a class action lawsuit claiming that BofA violated the Fair Credit Reporting Act ("FCRA") by accessing your credit report after your account relationship ended, between August 21, 2010 and July 7, 2017 ("Class Period"). The Court did not decide in favor of Plaintiffs or BofA, and BofA denies any violation. However, to settle the case, BofA has agreed to provide for a Settlement Fund of $1,645,000.00 to compensate the Class Members and to pay attorneys' fees and costs.

BofA's records indicate that you may be included in the Settlement because it accessed your credit report during the time period in question.

People receiving this Notice are entitled to receive a cash payment from this Settlement. To receive a payment, you are to submit a Claim Form  If the Court approves the Settlement, and you submitted a valid claim, you will be paid an equal distribution from the Settlement, depending on the number of claims submitted. Payment amounts will vary based on the total number of claims received.

If you do not want to be legally bound by the Settlement, you must exclude yourself from it by June 19, 2018. Unless you exclude yourself, you will not be able to sue BofA and related entities for the claims made in this lawsuit or released by the Settlement. If you stay in the Settlement (i.e., don't exclude yourself), you may object to it or ask for permission for you or your own lawyer to appear and speak at the fairness hearing—at your own cost—but you do not have to. Objections and requests to appear are due by June 19, 2018. More information is available at www.PastorBANAFCRASettlement.com. You may also contact the Settlement Administrator with questions at 1-844-200-9297.

The Court will hold a fairness hearing on August 16, 2018, at 10:00 a.m., in Courtroom 4 at 450 Golden Gate Avenue, 17th Floor, San Francisco, CA  94102 , to decide whether to approve: (1) the Settlement, (2) attorneys' fees and litigation costs, and (3) incentive payments to the Class Representative.  The case number is 3:15-cv-03831-VC.

BKP



PLACE

STAMP

HERE

BANK OF AMERICA FCRA SETTLEMENT
PO BOX 404023
LOUISVILLE KY 40233–4023

# EXHIBIT K

MOVIES

# 'Lucky's Driver has some tricks up his sleeve

Actor talks 'Don Quixote,' martinis and meatloaf

**Brian Truitt**
@briantruitt
USA TODAY



Clyde Logan (Adam Driver, far right) learned how to make a martini with a prosthetic arm for heist comedy *Logan Lucky*.
CLAUDETTE BARIUS

Most people's summer breaks are winding down, though Adam Driver's just hunkering down for his.

"I got nothing," Driver says about his upcoming work slate. "I am taking some time off and not thinking about cameras or craft services."

This Friday, though, he's back on the big screen in Steven Soderbergh's heist comedy *Logan Lucky*, starring Driver and Channing Tatum as West Virginia brothers who plan a robbery of Charlotte Motor Speedway during a big NASCAR race.

Tatum's Jimmy Logan is the quick-to-act brother setting the job in motion, while sibling Clyde, a bartender who's an amputee and Iraq war veteran, is the more contemplative one — the opposite of Driver's hotheaded, lightsaber-wielding *Star Wars* villain Kylo Ren, whom he reprises in *The Last Jedi* (in theaters Dec. 15).

Clyde "has to think through everything, lay out every option, before he does anything about it," says Driver, who also stars in Terry Gilliam's upcoming *The Man Who Killed Don Quixote.*

The actor spoke with USA TODAY about *Logan Lucky*, making martinis while wearing a prosthetic arm and another skill he's been trying to master.

**Q** How does West Virginia compare to learning other accents?

**A** It was easier. *Silence*, we had to do a subtle Portuguese dialect and that was really difficult because the conceit was that if they're speaking Portuguese to each other, they're not making mistakes. When it's more musical, like a West Virginian dialect, you can lean into it more. And also, I



Driver plays the more level-headed of two brothers planning a robbery during a big NASCAR race in *Logan Lucky*, out Friday.
CLAUDETTE BARIUS

have family all around the South and the West Virginia area so it's in there somewhere.

**Q** How tricky is making a martini using only one hand?

**A** (Laughs) Same with learning a dialect, it's breaking it down into pieces and drilling it

until you get it right.

It's a good tool to have in your pocket if you want to go into a bar and judge the bartender, who's making it two-handed and slow.

**Q** Was Clyde a nice, light-hearted switch-up from your more serious *Star Wars* role?



Driver, left, in *Silence*.
KERRY BROWN

**A** I don't really think in terms of, "OK, I've been doing this and now I have to switch it up for myself."

I hopefully follow really good directors, and if it works out where I get to work with them, that's the tone of the movie.

**Q** *Don Quixote* has taken Gilliam 17 years to finish. What's great about your character in that?

**A** I remember hearing about the movie when I was in high school.

Flash forward how many years, and to be in it is all very surreal.

(Toby) directs commercials and he's away from the imaginative, exciting part of being creative — he's stuck in this muddy part of his job and he's lost interest. He comes across Quixote, played by Jonathan Pryce, and it awakens a lot of things for him. Hopefully hilarity ensues.

**Q** Are you looking forward to returning for *Star Wars: Episode IX*?

**A** If it comes, sure. I like being a part of those movies and the people you get to work with, so if it happens again, great.

**Q** In the meantime, what does Adam Driver do for fun on his time off?

**A** I don't know what I do for fun — I'm no fun. (Laughs) It hopefully will be cooking. I feel like I should know how to make meatloaf, so that's been interesting.

I like cooking because it doesn't have to be exact. As long as you don't pass along salmonella, you're good to go.

---

# TSO to pay tribute to O'Neill on tour

**Patrick Ryan**
USA TODAY

Christmas won't be the same without Paul O'Neill.

When Trans-Siberian Orchestra hits the road for its annual winter tour later this year, it'll be without the guidance of its beloved founder, who died in April of an accidental overdose of prescription medication used to treat his numerous chronic illnesses. He was 61.

But guitarist Al Pitrelli assures that TSO will still deliver a merry metal holiday spectacle when it embarks on its Winter Tour 2017, which kicks off Nov. 16 in Erie, Pa. USA TODAY is exclusively announcing the dates of the 60-city trek at life.usatoday.com.

The show is based on the progressive rock band's 1999 TV movie *The Ghosts of Christmas Eve*, which features fan-favorite tunes including *Christmas Eve (Sarajevo 12/24), O' Come All Ye Faithful* and *Good King Joy*.

The tour boasts a revamped stage setup and presentation of the film, which tells the story of a runaway girl who takes refuge in an abandoned theater on Christmas Eve. In its own way, the show will also honor O'Neill.

"Every note and every lyric is something that Paul had written; 99% of (the production) is Paul's design," says Pitrelli, 54. "Everything that you see on that stage is a tribute to the man's genius."

Pitrelli, who joined TSO in 1995, last spoke to O'Neill a few days before his death during one of their weekly Sunday night phone conversations, when they'd chat about their families and plans for new music. His manager called him April 5 regarding his bandmate's passing.

"I lost my best friend, my producer, my big brother, the patriarch of this (group)," Pitrelli says. "I remember just hanging up the phone and looking around my house, and the thirty or so gold and platinum records that are



TSO's Paul O'Neill died at 61.
MARK WEISS

hanging on my wall directly correspond (to) my involvement with Paul. You say, 'Well, his physical presence is no longer here, but everything in my home, my children and my life is because of him.' As life goes on, it's just an unfillable void right now."

The band faced another blow in July, when its touring bassist David Zablidowsky (aka David Z) died in a crash. But TSO never considered canceling its upcoming jaunt, as a tribute to both O'Neill and Zablidowsky.

"To cancel the tour — that's like me canceling myself breathing. I wouldn't know what to do without it," Pitrelli says. "I hear time and time again, 'It's not the holidays until I see you guys live,' or 'From Thanksgiving to New Year's, we're playing your music in our home.' So the thought of ending that? No. (It) would never happen."

As for what he'll miss most about O'Neill, he says it's his stories, generosity and constant motivation.

"He always wanted people to strive to be better than they were," Pitrelli says. "Paul taught me something a long time ago. That his version of hell is when you die, you meet the person you could've become."

Tickets to TSO's Winter Tour 2017 go on sale to the general public Sept. 15.

---

# MARKETPLACE TODAY

For advertising information: 1.800.397.0070  www.russelljohns.com/usat

NOTICES

LEGAL NOTICE

**United States District Court for the Northern District of California**
**Legal Notice**
**Attention: Former Bank of America Customers, You May Be a Member of a Class Action Settlement Which Could Affect Your Rights.**

**What Is This Notice?** A Settlement Agreement has been reached with Bank of America, N.A. in a lawsuit alleging that Bank of America violated the Fair Credit Reporting Act ("FCRA") by accessing consumer credit reports to conduct "Account Review Inquiries" of Bank of America customers after their Bank of America account relationships may have ended. Bank of America denies any liability or wrongdoing, but in order to avoid litigation costs and risk, has agreed to settle the class claim.

You may be a member of the Settlement Class and entitled to payment under that Settlement. The lawsuit, Pastor v. Bank of America, N.A., is pending in the United States District Court for the Northern District of California. This is only a summary notice: you should visit the website www.PastorBANAFCRAsettlement.com or use the contact information below to get detailed information in order to make a decision about your legal rights.

**Who Is Included?** You may be a Settlement Class Member if you were a borrower on a Bank of America account or Bank of America-serviced account and Bank of America reviewed your credit report through an Account Review Inquiry during the period August 21, 2010 through July 7, 2017, at a time when the account met any one of the following criteria: (1) the account was closed with a zero balance; (2) the account had been sold or transferred to a third party; or (3) the debt on the account had been discharged in bankruptcy.

**What Does The Settlement Provide?** A settlement fund of $1,645,000 has been established to pay valid claims; attorneys' fees, costs, and expenses of up to 30% of the settlement fund; notice and settlement administration costs; and a service payment to the Class representatives of up to $5,000 each. If you are a Settlement Class Member, you are eligible to receive a pro-rata share of that settlement fund. The final cash payment amount will depend, among other facts, on the total number of valid and timely claims filed by all Settlement Class Members.

**Who Represents Me?** The Court has appointed attorneys to represent the Settlement Class. Those attorneys are the law firms of HYDE & SWIGART, 2221 Camino Del Rio South, Suite 101, San Diego, California 92108-3551, and KAZEROUNI LAW GROUP, 245 Fischer Avenue, Suite D1, Costa Mesa, California 92626. Class Counsel will request from the Court an award for attorneys' fees and expenses of up to 30% of the settlement fund. You may hire your own attorney, but only at your own expense.

**What Are My Legal Rights?**
• If you are a Settlement Class Member, you may receive payment by submitting a Claim Form. Claim Forms may be submitted electronically (uploaded to the website), over the telephone by calling the toll free number at 1-844-200-9297, or by mail postmarked by November 14, 2017. You may obtain a Claim Form by visiting www.PastorBANAFCRAsettlement.com.
• If you are a Settlement Class Member, and want to exclude yourself from the Settlement and keep your right to sue against Bank of America, you must send a written request for exclusion with your name, address, a statement that you want to be excluded from the Bank of America Settlement in Pastor v. Bank of America, N.A., N.D. CA. Case No. 15-cv-03831-VC, and your signature postmarked by November 14, 2017, to Bank of America FCRA Settlement, PO Box 404023, Louisville, KY 40233-4023. You cannot ask to be excluded on the phone, by email, or at the website.
• If you are a Settlement Class Member and you do not exclude yourself, you may object to the Settlement and/or the amount of expenses incurred in obtaining the Settlement, including attorneys' fees. If you object to the Settlement, you must sign your objection yourself and file it with the Court. If you file a timely objection, or if the written objection requirement is excused for good cause, you may appear at the hearing the Court will hold to consider final approval of the Settlement, but you are not required to attend. You may also hire your own lawyer at your own cost to pursue your objection. Objections are due by November 14, 2017. If you object, please refer to the Settlement Agreement posted on the website www.PastorBANAFCRAsettlement.com for more information on the exact requirements for objecting and for verifying your status as a Settlement Class Member. If your objection is rejected by the Court, you will be bound by the terms of the Settlement.
• If you are a Settlement Class Member and you do not exclude yourself, you will be bound by the terms of the Settlement and give up your rights to sue Bank of America or to pursue arbitration against Bank of America for any claim based on the same factual basis as those resolved by this Settlement.

**When Will The Court Consider The Proposed Settlement?** The Court will determine whether to finally approve the Settlement at a Fairness Hearing scheduled to take place on January 11, 2018 at 10:00 a.m. at the San Francisco Courthouse, Courtroom 4 – 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The Court will consider any timely filed objections at that time. If the hearing is relocated or rescheduled, the new location or date will be posted on the Settlement Website.

Successful Advertisements start with **USA TODAY** Classifieds

To advertise in USA TODAY, call: **1-800-397-0070**

# EXHIBIT L

**KCC Class Action Services**
*Pastor v. Bank of America, N.A.*
**Exclusion Report**

**Count**
**33**

| Last1 | First1 |
|---|---|
| ARJONA | ARAMIS A |
| DEAN | WILLIAM P |
| DEAN | CANDICE |
| DOMIGPE | ROLAND S |
| DOMIGPE | RACQUEL D |
| FINORIO | PAULINA |
| FLIEGE | SUZANNE J |
| GARATE | MANUEL J |
| GAST | CAROLYN |
| HARVEY | FLORECE G |
| MENKES | MARC |
| OBE | VINCENT O |
| PEARSALL | SANDRA D |
| RIDENS | LARRY D |
| SANG | JEANNETTE A |
| STEVENS | OLGA A |
| MARTIN | CHRISTOPHER S |
| HAWKINS | HEATHER M. & DANIEL G |
| MARSH | JERRY DON |
| DAVIS | MARY A |
| SHAHINIAN | KOHARIG |
| HENDERSON | JACK M. & MALINDA |
| STEVENS | STACY J. KETCHUM |
| WYLER | STACEY ARTHUR |
| JARVIE | JOHN SCOTT |
| HENNESSEY | JULIA |
| VOIROL | GEORGE M |
| VANDENBERGE | MARK |
| GAYLE | ROBERT D |
| GAYLE | LINDA D |
| VACCA | DEBRA |
| MARINO | CHRISTOPHER M |
| RILEY | DORETHA |

# OPT-OUT NOTICE

Aramis Arjona

16 Swallow Rd.
Key Largo. FL 33037-3033
Phone (305) 570-8084

### Claim#: BKP-10017090001-17014

August 21, 2017

Pastor v. Bank of America, N.A., N.D. CA. Case No. 3:15-cv-03831-VC;
P.O. Box 404023, Louisville KY 40233-4023.

I Aramis Arjona declare that I am a Settlement Class Member and want to be excluded.

Dear Friend,

I request to be excluded from the from the Bank of America Settlement inPastor v. Bank of
America, N.A., N.D. CA. Case No. 3:15-cv-03831-VC

My address is 16 Swallow Rd. Key Largo, FL 33037-3033
Telephone No. (305) 570-8084

Aramis A Arjona.

Signature



Bank of America FCRA Settlement,
P.O. Box 404023
Louisville, KY    40233-4023

40233-402323

Aramis Arjona
16 Swallow RD.
Key Largo, FL 33037-3033

Aramis Arjona
16 Swallow Rd.
Key Largo, FL 33037-3033

# MANCHEE & MANCHEE, P.C.
### Attorneys at Law
**2745 Dallas Parkway, Suite 420**
**Plano, Texas 75093**

William L. Manchee
James J. Manchee
Marilyn S. Altamira

Tel (972) 960-2240
Fax (972) 233-0713
http:mancheelawfirm.com

August 30, 2017

7016 3560 0000 2526 8179

Bank of America
FCRA Settlement
PO Box 404023
Louisville, KY 40233-4023

Re:    Opt Out of Bank of America FCRA Settlement

Dear Administrator,

The following individual requests to be excluded from the class action settlement in Pastor vs. Bank of America, N.A., N.D. CA. Case #3:15-cv-03831-VC.

William Dean
7212 Stonegate Drive
Benbrook, TX 76126

If you have any questions please feel free to contact the undersigned.

Sincerely,

William L. Manchee

I hereby request to be excluded from the class action settlement in Pastor vs. Bank of America, N.A., N.D. CA. Case #3:15-cv-03831-VC.

William Dean

$3.810
US POSTAGE
FIRST-CLASS
062S000630 3401
75093

stamps
833795.16

7016 3560 0000 2526 8179

Bank of America
FCRA Settlement
PO Box 404023
Louisville, KY 40233-4023

40233-402323

Manchee & Manchee, PC
Attorneys At Law
2745 Dallas Parkway, Ste 420
Plano, TX 75093-8740

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

## MANCHEE & MANCHEE, P.C.
### Attorneys at Law
### 2745 Dallas Parkway, Suite 420
### Plano, Texas 75093

William L. Manchee
James J. Manchee
Marilyn S. Altamira

Tel (972) 960-2240
Fax (972) 233-0713
http:mancheelawfirm.com

August 30, 2017

**7016 3560 0000 2526 8162**

Bank of America
FCRA Settlement
PO Box 404023
Louisville, KY 40233-4023

Re:    Opt Out of Bank of America FCRA Settlement

Dear Administrator,

        The following individual requests to be excluded from the class action settlement in Pastor vs. Bank of America, N.A., N.D. CA. Case #3:15-cv-03831-VC.

Candice Dean
7212 Stonegate Drive
Benbrook, TX 76126

        If you have any questions please feel free to contact the undersigned.

Sincerely,

William L. Manchee

I hereby request to be excluded from the class action settlement in Pastor vs. Bank of America, N.A., N.D. CA. Case #3:15-cv-03831-VC.

Candice Dean

US POSTAGE
FIRST-CLASS
0625000630340175093
$3.810
B337955.15
stamps.com

7016 3560 0000 2526 8162

Bank of America
FCRA Settlement
PO Box 404023
Louisville, KY 40233-4023

40233-402323

Manchee & Manchee, PC
Attorneys At Law
2745 Dallas Parkway, Ste 420
Plano, TX 75093-8740

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL

Aug 28, 2017

To Whom It My Concern,

My name is Roland S. Domiape I just want to let you know that I would like to exclude myself in settlement going and my case No: 3:15-cv03831-VC. I don't want to participate in anything

Sincerly Yours
Roland S. Domiape

Roland S. Domique
3955 Algonquin Dr. ApT#223
Las Vegas Nevada
    89119

LAS VEGAS NV 890

30 AUG 2017 PM 2 L

Bank OF America FCRA Settlement
    P.O BOX 404023
Louisville KY 40233-4023

40233-402323

Aug 28, 2017

To Whom It My Concern,

My name is Racquel Domiape
I just want to let you know that I
would like to exclude myself in going
on Settlement and this is my case No.
3:15-cv03831 I don't want to participate
in anything.

Sincerly Yours
Racquel Domigpie

LAS VEGAS NV 890

30 AUG 2017 PM 2 L

Racquel Domigpe
3955 Algonquin Dr. #223
Las Vegas, NV 89119-5330

Bank of America FCRA SETTLEMENT
P.O BOX 404023
LOUISVILLE KY 40233-4023

40233-402323

## LEGAL NOTICE OF PROPOSED
## CLASS ACTION SETTLEMENT
## AND FAIRNESS HEARING

If Bank of America accessed your credit
report after your account relationship
ended, between August 21, 2010 and
July 7, 2017, you may be entitled to a cash
payment from a class action settlement. Visit
www.PastorBANAFCRASettlement.com
or call 1-844-200-9297 for detailed
information about the Settlement
and how to submit a claim.

**The Court authorized this notice.**

**This is not a solicitation from a lawyer**

**BKP**

*I, Paulina Finorio want to be excluded from on case. Thank you P. Finorio*

Bank of America FCRA Settlement
P.O. Box 404023
Louisville, KY 40233-4023

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
SANTA ANA, CA
PERMIT NO. 626



Postal Service: Please do not mark barcode
0008847**P0001-S0013-B0001*******AUTO**5-DIGIT 92691

Claim#: BKP-10149015001-148306
Paulina Finorio
26121 La Real Apt E
Mission Viejo, CA 92691-7818

A Settlement has been reached with Bank of America, N.A. ("BofA") in a class action lawsuit claiming that BofA violated the Fair Credit Reporting Act ("FCRA") by accessing your credit report after your account relationship ended, between August 21, 2010 and July 7, 2017 ("Class Period"). The Court did not decide in favor of Plaintiffs or BofA, and BofA denies any violation. However, to settle the case, BofA has agreed to provide for a Settlement Fund of $1,645,000.00 to compensate the Class Members and to pay attorneys' fees and costs.

BofA's records indicate that you may be included in the Settlement because it accessed your credit report during the time period in question.

People receiving this Notice are entitled to receive a cash payment from this Settlement. To receive a payment, you are to submit a Claim Form If the Court approves the Settlement, and you submitted a valid claim, you will be paid an equal distribution from the Settlement, depending on the number of claims submitted. Payment amounts will vary based on the total number of claims received.

If you do not want to be legally bound by the Settlement, you must exclude yourself from it by November 14, 2017. Unless you exclude yourself, you will not be able to sue BofA and related entities for the claims made in this lawsuit or released by the Settlement. If you stay in the Settlement (i.e., don't exclude yourself), you may object to it or ask for permission for you or your own lawyer to appear and speak at the fairness hearing—at your own cost—but you do not have to. Objections and requests to appear are due by November 14, 2017. More information is available at www.PastorBANAFCRASettlement.com. You may also contact the Settlement Administrator with questions at 1-844-200-9297.

The Court will hold a fairness hearing on January 11, 2018, at 10:00 a.m., in Courtroom 4 at 450 Golden Gate Avenue, 17th Floor, San Francisco, CA 94102 , to decide whether to approve: (1) the Settlement, (2) attorneys' fees and litigation costs, and (3) incentive payments to the Class Representativew.  The case number is 3:15-cv-03831-VC.

9/4/17

Dear B of A  FCRA Settlement:

I would like to exclude
myself from the settlement case,
Claim # BKP-/01 4901 5001 - /48306

Sincerely,
Paulina Finorio
(PAULINA FINORIO)



AS88708221615A4

FOREVER

SANTA ANA
CA 926
05 SEP '17
PM 12 1

Bank of America FCRA Settlement
P.O. Box 404023
Louisville, KY
40233-4023

40233-402323

P Finario
26121 La Real-E
Mission Viejo, Ca
92691

**OPT-OUT/EXCLUSION from Settlement**

America FCRA Settlement
P.O. Box 404023
Louisville KY 40233-4023

To Whom It May Concern,

I writing to exclude myself, Suzanne J. Fliege, from the Settlement Class in *Bank of America Settlement in Pastor v. Bank of America, N.A., N.D. CA. Case No. 3:15-cv-03831-VC*.

My information:
Name:        Suzanne J. Fliege
Address:     1361 Gattegno St, Ypsilanti, MI 48198

Claim # on the post card mailed to me regarding this Settlement: BKP-10150993501-150272

Regards,

Suzanne J Fliege



**OPT-OUT/EXCLUSION from Settlement**

Amer[illegible] CR[illegible] Settlement
P.O. Box 404023
Louisville KY 40233-4023

To Whom it May Concern,

I writing to exclude myself, Suzanne J. Fliege, from the Settlement Class in Bank of America Settlement in Pastor v. Bank of America, N.A., N.D. CA. Case No 3:15-cv-03831-VC.

My information:

| | |
|---|---|
| Name | Suzanne J. Fliege |
| Address | 1361 Gattegno St, Ypsilanti, MI 48198 |

Claim # on the post card mailed to me regarding this Settlement: BKP-10150993501 150272

Regards,

Suzanne J Fliege

Suzanne Fliege
1361 Gategno St.
Ypsilanti, MI 48198



Bank of America
FCRA Settlement
P.O. Box 404023
Louisville, KY
40233-4023

40233-402323



August 30, 2017

Bank of America FCRA Settlement
P.O. Box 404023
Louisville, Ky. 40233-4023

Re: Exclusion from Class Settlement

Dear Sir/Madam,

I, Manuel J Garate, residing at 2543 DonJay Ave. Kissimmee, Fl. 34741-1768, respectfully request to be excluded from the Bank of America FCRA Settlement in Pastor v. Bank of America, N.A. CA Case No. 3:15-cv-03831-VC.

Thank you for your prompt assistance to this matter.

Sincerely,

Manuel J. Garate

Manuel Sainte
2513 Don Jay Av
Kissimmee, FL

7017 0530 0000 4872 9036
40233
R2304P118731-09
$6.59

Bank of America/FCRA Settlement
P.O. Box 404023
Louisville, Ky. 40233-4023

RECEIVED
SEP 11 2017
RETURN RECEIPT REQUESTED
By_____

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®

Carolyn Gast
8871 Manahan Drive
Ellicott City, MD 21043

August 21, 2017

Bank of America FCRA Settlement
P.O. Box 404023
Louisville, KY 40233-4023

Dear  Settlement Administrator,

I would like to be excluded from the Bank of America Settlement in *Pastor v. Bank of America, N.A.*,
N.D. CA. Case No. 3:15-cv-03831-VC.

Sincerely,

Carolyn Gast



BALTIMORE MD 212

21 AUG 2017 PM 6 L

Bank of America FCRA Settlement
PO Box 404033
Louisville, KY 40233-4033

40233-403323

Carolyn Gast
8871 Manahan Dr.
Ellicott City, MD 21043

Oct 24 2017

Dear Sirs

Florece G. Harvey
3440 El Dorado Hills Bl.
#708
El Dorado Hills, Ca. 95762

Re: Pastor vs. Bank of America
Pastor BANAFCRA

Case No. : 3:15-cv-03831-VC

I hereby wish to exclude myself from the above mentioned case. Thank you very much.

Florece G. Harvey



Florece G. Harvey
3440 El Dorado Hills Blvd., Apt. 708
El Dorado Hls, CA 95762

SACRAMENTO CA 957

03 OCT 2017 PM 5 L

Bank of America
    FCRA Settlement
  P.O. Box 404023
 Louisville, KY
          40233-4023

40233-402323

Marc Menkes
51 Malden Street
Worcester, MA 01606
August 20, 2017

Bank of America FCRA Settlement
P.O. Box 404023, Louisville KY 40233-4023

Re: Bank of America Settlement in Pastor v. Bank of America, N.A., N.D. CA. Case No. 3:15-cv-03831-VC

To Whom it may concern:

After reviewing my mortgage documents, it has come to my attention that Bank of America did not conduct a credit check without my authorization therefore I am rescinding my claim in the this class action lawsuit. I wish to exclude myself from this claim.  Thank you.

Sincerely,

Marc Menkes

BOSTON MA 021

09 SEP 2017 PM 10 L

Bank of America FCRA Settlement
PO Box 404023
Louisville, KY 40233-4023

Elise Menkes
51 Malden St
Worcester, MA 01606

ILDING

40233-402323

## MANCHEE & MANCHEE, P.C.
### Attorneys at Law
2745 Dallas Parkway, Suite 420
Plano, Texas 75093

William L. Manchee
James J. Manchee
Marilyn S. Altamira

Tel (972) 960-2240
Fax (972) 233-0713
http:mancheelawfirm.com

August 30, 2017

7016 3560 0000 2526 8155

Bank of America
FCRA Settlement
PO Box 404023
Louisville, KY 40233-4023

Re:   Opt Out of Bank of America FCRA Settlement

Dear Administrator,

The following individual requests to be excluded from the class action settlement in Pastor vs. Bank of America, N.A., N.D. CA. Case #3:15-cv-03831-VC.

Vincent O. Obe
837 Gillon Drive
Arlington, TX 76001

If you have any questions please feel free to contact the undersigned.

Sincerely,

William L. Manchee

I hereby request to be excluded from the class action settlement in Pastor vs. Bank of America, N.A., N.D. CA. Case #3:15-cv-03831-VC.

Vincent O. Obe



$3.810
US POSTAGE
FIRST-CLASS
062S0006303401
75093

B337795.14

CERTIFIED MAIL

TEXAS

7016 3560 0000 2526 8155

Bank of America
FCRA Settlement
PO Box 404023
Louisville, KY 40233-4023

40233-402323

Manchee & Manchee, PC
Attorneys At Law
2745 Dallas Parkway, Ste 420
Plano, TX 75093-8740

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**OPT OUT LETTER**

August 31, 2017

Bank of America FCRA Settlement
P.O. Box 404023
Louisville, KY 40233-4023

Re:     Case:     *Pastor V. Bank Of America, N.A.*, N.D. CA. Case No. 3:15-cv-
                   03831-VC

         My Name and Address:        Sandra D. Pearsall
                                      117 Collins Avenue
                                      Baltimore, MD 21229-3604

To Settlement Administrator:

My name is Sandra D. Pearsall and I reside at 117 Collins Avenue, Baltimore,
Maryland, 21299-3604. I want to be excluded from the Bank of America
Settlement in *Pastor v. Bank of America, N.A.*, N.D. CA. Case No. 3:15-cv-
03831-VC. Below is my signature.

Sincerely,

*Sandra D. Pearsall*
Sandra D. Pearsall









U.S. POSTAGE
PAID
BALTIMORE, MD
21229
SEP 06, 17
AMOUNT
**$3.84**
R2305K142676-08

40233

1000

7017 1450 0002 0791 2554

Bank of America FCRA Settlement
PO Box 404023
Louisville, KY 40233-4023

40233-402323



"For you, Lord, give light
to my lamp..." —Psalm 18:29

Sandra Pearsall
117 Collins Ave
Baltimore MD 21229



Certified Mail

7017 1450 0002 0791 2554

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

# MANCHEE & MANCHEE, P.C.

### Attorneys at Law
### 2745 Dallas Parkway, Suite 420
### Plano, Texas 75093

William L. Manchee
James J. Manchee
Marilyn S. Altamira

Tel (972) 960-2240
Fax (972) 233-0713
http:mancheelawfirm.com

September 19, 2017

7012 3050 0002 0605 1936

Bank of America
FCRA Settlement
PO Box 404023
Louisville, KY 40233-4023

Re:     Opt Out of Bank of America FCRA Settlement

Dear Administrator,

        The following individual requests to be excluded from the class action settlement in Pastor vs. Bank of America, N.A., N.D. CA. Case #3:15-cv-03831-VC.

Larry Don Ridens
429 Halesboro St.
Bogata, TX 75417

        If you have any questions please feel free to contact the undersigned.

                                                Sincerely,

                                                William L. Manchee

I hereby request to be excluded from the class action settlement in Pastor vs. Bank of America, N.A., N.D. CA. Case #3:15-cv-03831-VC.

Larry Don Ridens

$3.810
US POSTAGE
FIRST-CLASS
062S0006903401
75093

B337496.06

CERTIFIED MAIL™

7012 3050 0002 0605 1936

Bank of America
FCRA Settlement
PO Box 404023
Louisville, KY 40233-4023

Manchee & Manchee, PC
Attorneys At Law
2745 Dallas Parkway, Ste 420
Plano, TX 75093-8740



RECEIVED
SEP 26 2017
By_____

40233-402323

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

# MANCHEE & MANCHEE, P.C.
### Attorneys at Law
2745 Dallas Parkway, Suite 420
Plano, Texas 75093

William L. Manchee
James J. Manchee
Marilyn S. Altamira

Tel (972) 960-2240
Fax (972) 233-0713
http:mancheelawfirm.com

September 7, 2017

7016 3560 0000 2526 8209

Bank of America
FCRA Settlement
PO Box 404023
Louisville, KY 40233-4023

Re:   Opt Out of Bank of America FCRA Settlement

Dear Administrator,

The following individual requests to be excluded from the class action settlement in Pastor vs. Bank of America, N.A., N.D. CA. Case #3:15-cv-03831-VC.

Jeannette Sang
621 Helmsdale Ave.
Valinda, CA 91744

If you have any questions please feel free to contact the undersigned.

Sincerely,

William L. Manchee

I hereby request to be excluded from the class action settlement in Pastor vs. Bank of America, N.A., N.D. CA. Case #3:15-cv-03831-VC.

Jeannette Sang

US POSTAGE
FIRST-CLASS
062S0006303401
75093
$0.460
B337985.20

CERTIFIED MAIL

7016 3560 0000 2526 8209

Manchee & Manchee, PC
Attorneys At Law
2745 Dallas Parkway, Ste 420
Plano, TX 75093-8740

RECEIVED
SEP 15 2017
By_____

Bank of America
FCRA Settlement
PO Box 404023
Louisville, KY 40233-4023

40233-402323

Aug. 25, 2017

To Bank of America FCRA Settlement.

I Olga A. Stevens
5947 Harrison St.
Garden City MI 48135
734-961-5383

I request exclusion from this settlement
On this Day of Aug. 25, 2017

Olga A. Stevens

Olga Stevens
5947 Harrison St.
Garden City, MI 48135

METROPLEX MI 480

28 AUG 2017 PM 6 L

Bank of America FCRA Settlement
P.O. Box 404023
Louisville K Y 40233-4023

40233-402323

# MANCHEE & MANCHEE, P.C.
**Attorneys at Law**
**2745 Dallas Parkway, Suite 420**
**Plano, Texas 75093**

William L. Manchee
James J. Manchee
Marilyn S. Altamira

Tel (972) 960-2240
Fax (972) 233-0713
http:mancheelawfirm.com

October 9, 2017

7011 0470 0002 5201 8631

Bank of America
FCRA Settlement
PO Box 404023
Louisville, KY 40233-4023

Re:    Opt Out of Bank of America FCRA Settlement

Dear Administrator,

The following individual requests to be excluded from the class action settlement in Pastor vs. Bank of America, N.A., N.D. CA. Case #3:15-cv-03831-VC.

Christopher Scott Martin
2533 Bent Brook
Mesquite, TX 75181

If you have any questions please feel free to contact the undersigned.

Sincerely,

William L. Manchee

I hereby request to be excluded from the class action settlement in Pastor vs. Bank of America, N.A., N.D. CA. Case #3:15-cv-03831-VC.

Christopher Scott Martin



$0.46 0
US POSTAGE
FIRST-CLASS
062S0006303401
75093
8337 94.02

7011 0470 0002 5201 8631

Bank of America
FCRA Settlement
PO Box 404023
Louisville, KY 40233-4023

40233-402323



Manchee & Manchee, PC
Attorneys At Law
2745 Dallas Parkway, Ste 420
Plano, TX 75093-8740



RECEIVED
OCT 20 2017
By_____

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

# MANCHEE & MANCHEE, P.C.

**Attorneys at Law**
**2745 Dallas Parkway, Suite 420**
**Plano, Texas 75093**

William L. Manchee
James J. Manchee
Marilyn S. Altamira

Tel (972) 960-2240
Fax (972) 233-0713
http:mancheelawfirm.com

October 17, 2017

7011 0470 0002 5201 8624

Bank of America
FCRA Settlement
PO Box 404023
Louisville, KY 40233-4023

Re:     Opt Out of Bank of America FCRA Settlement

Dear Administrator,

The following individuals request to be excluded from the class action settlement in Pastor vs. Bank of America, N.A., N.D. CA. Case #3:15-cv-03831-VC.

Heather M. Hawkins & Daniel G. Hawkins
674 A C Underwood Rd
Buffalo, KY 42716

If you have any questions please feel free to contact the undersigned.

Sincerely,

William L. Manchee

I hereby request to be excluded from the class action settlement in Pastor vs. Bank of America, N.A., N.D. CA. Case #3:15-cv-03831-VC.

Heather M. Hawkins

Daniel G. Hawkins

stamps
$0.460
US POSTAGE
FIRST-CLASS
062S0006303401
75093

8337940.05

CERTIFIED MAIL™

7011 0470 0002 5201 8624

Manchee & Manchee, PC
Attorneys At Law
2745 Dallas Parkway, Ste 420
Plano, TX 75093-8740

Bank of America
FCRA Settlement
PO Box 404023
Louisville, KY 40233-4023

RECEIVED
OCT 23 2017
By_____

40233-402323

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE.

# MANCHEE & MANCHEE, P.C.

**Attorneys at Law**
**2745 Dallas Parkway, Suite 420**
**Plano, Texas 75093**

William L. Manchee                                                    Tel (972) 960-2240
James J. Manchee                                                     Fax (972) 233-0713
Marilyn S. Altamira                                                  http:mancheelawfirm.com

October 17, 2017

7012 3050 0002 0605 1660

Bank of America
FCRA Settlement
PO Box 404023
Louisville, KY 40233-4023

Re:    Opt Out of Bank of America FCRA Settlement

Dear Administrator,

The following individual requests to be excluded from the class action settlement in Pastor vs. Bank of America, N.A., N.D. CA. Case #3:15-cv-03831-VC.

Jerry Don Marsh
10782 PR 3752
Wills Point, TX 75169

If you have any questions please feel free to contact the undersigned.

Sincerely,

William L. Manchee

I hereby request to be excluded from the class action settlement in Pastor vs. Bank of America, N.A., N.D. CA. Case #3:15-cv-03831-VC.

Jerry Don Marsh

$3.81
US POSTAGE
FIRST-CLASS
062S0006303401
75093

B33794.12

CERTIFIED MAIL™

7012 3050 0002 0605 1660

RECEIVED
OCT 3 0 2017
By

Manchee & Manchee, PC
Attorneys At Law
2745 Dallas Parkway, Ste 420
Plano, TX 75093-8740

Bank of America
FCRA Settlement
PO Box 404023
Louisville, KY 40233-4023

40233-402323

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

Oct 24, 2017

Mary A. Davis [Claim # BKP-1011129440l-11077

PO Box 20264

Hot Springs Nat'l Park, AR 71903-0264

Exclude me from this
Re: case number 3:15-cv-03831-VC

I submitted a claim via post card
which I am withdrawing. I do not
want to be included in this class
action settlement. I am requesting a
written statement from PastorBANAFCRA:
Confirming this request has been honored.
With sincere thanks,

Mary A Davis



U.S. POSTAGE
PAID
HOT SPRINGS NATIONAL PARK, A
71913
OCT 24 17
AMOUNT
**$6.59**
R2304M11026-11

RECEIVED
OCT 3 0 2017
By

James & Mary Alice Davis
P.O. Box 20264
Hot Springs, AR 71903-0264

CERTIFIED MAIL

7017 2400 0000 3246 1151

RETURN RECEIPT
REQUESTED

Bank of America FCRA Settlement
P.O. Box 404023
Louisville, KY 40233-4023

40233-402323

**Koharig Shahinian**
**304 Heathcliffe Road**
**Huntingdon Valley, PA 19006**
**818-399-3951**
**CLAIM #: BKP-10431448501-429392**

---

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Bank of America FCRA Settlement
P.O. Box 404023
Louisville, KY  40233-4023

RE:     **Bank of America, N.A., N.D. CA. Case No. 3:15-cv-03831-VC**

Dear Sir/Madam:

       I am a member of the Settlement Class and request to be **OPT OUT** from the settlement in the above captioned action.

                              Very truly yours,

DATED: 10-21-17

                              Koharig Shahinian

Kohaig Sholiniw
304 Heathcliffe RD
Huntingdon VALLY PA 19006

PHILADELPHIA, PA 190
24 OCT 2017 PM 7 L

BANK of America FCRA sTettlmeNT
P.O. Box 404023
Louisville KY 40233-4023

40233-402323

RECEIVED
OCT 27 2017
By

To exclude yourself from the Settlement, you must send a letter or other written document by mail to the Settlement Administrator. Your request must include:

• Your name and address;

> Claim #: BKP-10203900801-202903
> Jack M. Henderson
> 1072 Oak Tree Rd
> Hoover, Al. 35244-2604

• A statement that you want to be excluded from the Bank of America Settlement in  Pastor v. Bank of America, N.A., N.D. CA. Case No. 3:15-cv-03831-VC; and

> I, Jack M. Henderson, want to be excluded from the Bank of America Settlement in  Pastor v. Bank of America, N.A., N.D. CA. Case No. 3:15-cv-03831-VC

• Your signature.


Jack M. Henderson                    Date          Malinda W Henderson          Date

**LEGAL NOTICE OF PROPOSED
CLASS ACTION SETTLEMENT
AND FAIRNESS HEARING**

If Bank of America accessed your credit
report after your account relationship
ended, between August 21, 2010 and
July 7, 2017, you may be entitled to a cash
payment from a class action settlement. Visit
www.PastorBANAFCRASettlement.com
or call 1-844-200-9297 for detailed
information about the Settlement
and how to submit a claim.

**The Court authorized this notice.**

**This is not a solicitation from a lawyer**

**BKP**

Bank of America FCRA Settlement
P.O. Box 404023
Louisville, KY  40233-4023

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
SANTA ANA, CA
PERMIT NO. 626



Postal Service: Please do not mark barcode

0326223**P0008-S0750-B0006****AUTO**ALL FOR AADC 350

Claim#: BKP-10203900801-202903
Jack M Henderson
1072 Oak Tree Rd
Hoover, AL 35244-2604

THURSDAY, NOVEMBER 9TH, 2017

TO: BANK OF AMERICA
    FCRA SETTLEMENT
    ADMINISTRATOR

FROM: STACY L KETCHUM-STEVENS
      283 CR 3870
      MINEOLA, TX 75773

RE: BANK OF AMERICA
    SETTLEMENT IN
    PASTOR V.
    BANK OF AMERICA, N.A. N.D. CA.
    CASE No. 3:15-CV-03831-VC

* I WOULD LIKE TO OPT OUT/ OR
  EXCLUDE MYSELF FROM THIS
  SETTLEMENT AS I DO NOT
  CLEARLY UNDERSTAND ITS
  INTENT, MEANING, OR PURPOSE.

I DID HAVE ACCOUNTS WITH
BANK OF AMERICA FOR MANY

( CASE # 3:15-CV-03831-VC
PASTOR V. BANK OF AMERICA FCRA
SETTLEMENT )

CONTINUES FROM PAGE 1

... YEARS.
I DID, UNFORTUNATELY, HAVE
TO FILE BANKRUPTCY DURING
THE DATES LISTED,
* and *
CONSIDERING THE DIFFICULTY
I HAD WITH BANK OF AMERICA
ON A DEEPLY TRAGIC AND
PERSONAL LEVEL ...
* and *
HEARING FROM ONE OF
BANK OF AMERICA'S OWN
EMPLOYEES STATE, THAT THEY
"WORK FOR THE DEVIL" ...

PRETTY MUCH LEADS ME TO
THINK THAT EXCLUDING
MYSELF FROM THIS CLASS
ACTION LAWSUIT WOULD BE IN
MY BEST INTEREST.

②

U.S. POSTAGE
PAID
QUITMAN, TX
75783
NOV 10,
AMOUNT
**$7.08**
R2305K136742-08

40233

1000

RECEIVED
NOV 1 3 2017
By

7017 1070 0000 3887 4531

RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED

Bank of America
FCRA Settlement
P.O. Box 404023
Louisville, KY 40233-4023

RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED

ATTN:
SETTLEMENT
ADMINISTRATOR





S.J.K.S. 283. CR. 3870. MINEOLA TX
75773

BKPCRD2

Claim ID: 10519485201

## Settlement Claim Form

Claim #: BKP-10519485201-516969

Stacey Arthur Wyler
781 E Shetland Trl
Cedar, MI 49621-9429

→ I WANT TO BE EXCLUDED FROM SETTLEMENT

Name/Address Change, if any:

_____

_____

_____

By submitting this Claim, I am requesting a Settlement Fund Payment.

Address for Settlement Fund Payment (if different from where this notice was sent)

Name: _____

Address: _____

City: _____  State: _____  Zip Code: _____

Signature: _____

Date (mm/dd/yyyy): _____

**Mail this Claim Form on or before November 14, 2017**

10519485201                                    **BKP**

MI 496 1 1

14 NOV 2017 PM

NOV 14 2017

USPS 49621

BANK OF AMERICA FCRA SETTLEMENT
PO BOX 404023
LOUISVILLE KY 40233-4023

11/13/17

To Court,

I do not wish to be part of Pastor BANA FCRA class action Settlement.

John Scott Jarvie
Claim ID# 1022928 1401



Scott Sanoe
65 Marshall Dr.
Cliffwood NJ. 08234

Bank of America - FCRA Settlement
P.O. Box 404023
Louisville, KY 40233-4023

NORTH
NOV 13 2017
08220

RECEIVED
NOV 16 2017
By:



NOV 13 2017

FCRA Settlement
08225 USPS

Bank of America
P.O. Box 404023
Louisville, KY 40233-4023

Scott Sarvie
65 Marshall Dr.
G.I.F.T. NS. 08239

RECEIVED
NOV 16 2017
By

11/13/17

To Court,

I do not want to be part of the Pastor BANAFCRA class action settlement.

Julia Hennessey
Claim # 10204558601

J. Hennessey
65 Marshall Dr
E.H.T. N.J. 08234



Bank of America FCRA Settlement
P.O. Box 404023
Louisville, KY 40233-4023

RECEIVED
NOV 16 2017
By



J. Hennessey
65 Marshall Dr
E.H.T. N.J. 08234

Bank of America FCRA
P.O. Box 404033
Louisville, KY 40233-4033

NOV 13

Schlemm
08225 USPS

NORTH

RECEIVED
NOV 16 2017
By____

BKPCRD2

Claim ID: 10493748801

*ATTN:*
\* SETTLEMENT ADMINISTRATOR.
(Settlement EXCLUSION FORM)

Claim #: BKP-10493748801-491348

→ EXCLUSION STATEMENT
GEORGE M. VOIROL

George M Voirol
2408 Abbey Dr Apt 6
Fort Wayne, IN 46835-3129

RE: BANK OF AMERICA SETTLEMENT:
   PASTOR V. BANK OF AMERICA, N.A., N.D. CA.
   CASE NO. 3:15-cv-03831-VC
   → NOTICE OF MY CONFIRMATION OF EXCLUSION
      FROM THIS SETTLEMENT — PLEASE RECORD &
      REGISTER THIS NOTICE PROMPTLY, THANK YOU.

Signature : *George M. Voirol*

Date (mm/dd/yyyy) : 9/12/2017

**Mail this Claim Form on or before November 14, 2017**

10493748801

BKP

12 SEP 2017 PM 2 L

US POSTAGE 49

WOUNDED WARRIOR PROJECT

WOUNDEDWARRIORPROJECT.ORG

BANK OF AMERICA FCRA SETTLEMENT
PO BOX 404023
LOUISVILLE KY 40233-4023

November 13, 2017

Bank of America
FCRA Settlement
P.O. Box 404023
Louisville, KY 40233-4023

Dear Sirs

I am writing to ask that you please exclude me from the Bank of America Settlement in Pastor v. Bank of America, N.A., N.D. CA. Case No. 3:15-cv-03831-VC;

My name is:

Mark VandenBerge
226 Antisdel NE
Grand Rapids, MI 49503

Thank you in advance for your kind cooperation in this matter.

Sincerely yours,

Mark VandenBerge

Mark Vander Berge
226 Antisdel Pl NE
Grand Rapids, MI 49503

RECEIVED
DEC 04 2017
BY

4023384023 B200

**PLEASE ENCLOSE PAYMENT COUPON ONLY WITH YOUR PAYMENT**

- DO NOT STAPLE PAYMENT COUPON TO YOUR CHECK
- WRITE ACCOUNT NUMBER ON CHECK
- MAKE CHECKS PAYABLE TO BLUE CROSS BLUE SHIELD OF MICHIGAN
- ENCLOSE PAYMENT COUPON, MAKE SURE ADDRESS SHOWS THROUGH WINDOW IN ENVELOPE

**PLEASE REMEMBER**

Blue Cross Blue Shield of Michigan
P.O. Box 65377
Detroit, MI 48255-8174

TO:

Bank of America FCRA Settlement
P.O. Box 404023
Louisville, KY 40233-4023


Dear Bank of America Settlement Administrator:


I, Christopher M. Marino, wish to be excluded from the Bank of America settlement in: *Pastor  v.  Bank of America, N.A., N.D. CA.* Case No. 3:15-cv-03831-VC.


My contact information is:

Christopher M. Marino
528 Oakhurst Terrace
Auburn, CA 95603-6060

That I, Christopher M. Marino, wish to be excluded from this settlement.


Dated this _8_ day of May, 2018.

CHRISTOPHER M. MARINO



CERTIFIED MAIL

7017 1000 0000 7276 2574

Christopher P. Burke, Esq.
702 Plumas Street
Reno, Nevada 89509

U.S. POSTAGE
PAID
RENO, NV
89510
MAY 15 18
AMOUNT
**$6.70**
R2304W120922-23

40233

1000

UNITED STATES
POSTAL SERVICE

RECEIVED
MAY 17 2018
By



Bank of America FCRA Settlement
P.O. Box 404023
Louisville, KY 40233-4023

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

58 Royal Drive
Piscataway, NJ 08854
May 29, 2018

Bank of America FCRA Settlement
P.O. Box 404023
Louisville KY 40233-4023

Dear Sir/Madame:

I am writing this letter to opt out of/be excluded from the Bank of America Settlement (Settlement Class) in *Pastor v. Bank of America, N.A.*, N.D. CA. Case No. 3:15-cv-03831-VC

My name and address are:
    Doretha Riley
    58 Royal Drive, Apartment 267
    Piscataway, NJ 08854

Please call (732) 752-8016 to confirm receipt of this letter.  If I'm not available when someone calls, please leave a message with a return phone number.

Sincerely,

Doretha Riley



58 Royal Drive
Piscataway, NJ 08854
May 26, 2018

Bank of America FCRA Settlement
P.O. Box 404023
Louisville KY 40233-4023

Dear Sir/Madame:

I am writing this letter to opt out of/be excluded from the Bank of America Settlement (Settlement Class) in *Pastor v. Bank of America, N.A.*, N.D. CA. Case No. 3:15-cv-03831-VC

My name and address are:

Doretha Riley
58 Royal Drive, Apartment 297
Piscataway, NJ 08854

Please call (732) 752-8019 to confirm receipt of this letter. If I'm not available when someone calls, please leave a message with a return phone number.

Sincerely,

Doretha Riley

Doretha Riley
58 Royal Dr Apt 267
Piscataway, NJ 08854-3390

7017 3040 0000 8402 5829

U.S. POSTAGE
PAID
EDISON, NJ
08899
MAY 29, 18
AMOUNT
$6.70
R2304E107397-17
40233
1000

Bank of America FCRA Settlement
P.O. Box 404023
Louisville, KY
40233-4023

40233-402323

RECEIVED
JUN 0 1 2018

By:

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL

Debra Vacca
3165 N Atlantic Ave B107
Cocoa Beach FL 32931

FCRA Settlement          4/3/2018
    Re: Exclusion Request

Exclude my name from this
lawsuit / and don't ever
automatically exclude my name in
any other lawsuit or settlement!
        Deba Vacca





FCRA Settlement
PO Box 404023
Louisville KY 40233-4023

RETURN TO SENDER

February 26, 2018

Paneque v. Bank of America, N.A.
c/o KCC Class Action Services
P.O. Box 404041
Louisville, KY 40233

To Whom It may Concern,

We wish to be excluded from this class action suit.

Robert D. Gayle
Linda D. Gayle
5820 NW 48 Avenue
Coconut Creek, FL  33073-2306

954-806-2676



MIAMI FL 331

26 FEB 2018 PM 11

Robert Gayle
5820 NW 48th Ave.
Coconut Creek, FL 33073

RECEIVED
MAR 01 2018
BY

Parquer v. Bank of America
c/o KCC Class Action Services
P.O. Box 404041
Louisville, KY 40233

40233-404141

February 26, 2018

Paneque v. Bank of America, N.A.
c/o KCC Class Action Services
P.O. Box 404041
Louisville, KY 40233

To Whom It may Concern,

We wish to be excluded from this class action suit.

Robert D. Gayle
Linda D. Gayle
5820 NW 48 Avenue
Coconut Creek, FL 33073-2306

954-806-2676



MIAMI FL 331

26 FEB 2018 PM 11 L

Robert Gayle
5820 NW 48th Ave.
Coconut Creek, FL 33073

RECEIVED
MAR 01 2018
By

Parguer v. Bank of America
c/o KCC Class Action Services
P.O. Box 40404
Louisville, KY 40233

40233-404141

