Exhibit A

**KCC Class Action Services**
*Pastor v. Bank of America, N.A.*
**Exclusion Report**

**Count**
33

| Last1 | First1 |
|---|---|
| ARJONA | ARAMIS A |
| DEAN | WILLIAM P |
| DEAN | CANDICE |
| DOMIGPE | ROLAND S |
| DOMIGPE | RACQUEL D |
| FINORIO | PAULINA |
| FLIEGE | SUZANNE J |
| GARATE | MANUEL J |
| GAST | CAROLYN |
| HARVEY | FLORECE G |
| MENKES | MARC |
| OBE | VINCENT O |
| PEARSALL | SANDRA D |
| RIDENS | LARRY D |
| SANG | JEANNETTE A |
| STEVENS | OLGA A |
| MARTIN | CHRISTOPHER S |
| HAWKINS | HEATHER M. & DANIEL G |
| MARSH | JERRY DON |
| DAVIS | MARY A |
| SHAHINIAN | KOHARIG |
| HENDERSON | JACK M. & MALINDA |
| STEVENS | STACY J. KETCHUM |
| WYLER | STACEY ARTHUR |
| JARVIE | JOHN SCOTT |
| HENNESSEY | JULIA |
| VOIROL | GEORGE M |
| VANDENBERGE | MARK |
| GAYLE | ROBERT D |
| GAYLE | LINDA D |
| VACCA | DEBRA |
| MARINO | CHRISTOPHER M |
| RILEY | DORETHA |