UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. PASTOR, ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA,<br><br>　　　　　Defendant. | Case No.  15-cv-03831-VC<br><br>**JUDGMENT** |

  This certified class action is hereby dismissed with prejudice and judgment is entered in accordance with the Order Granting Final Approval of Class Action Settlement and Awarding Attorneys' Fees.  (Dkt. No. 84.)  Without affecting the finality of this Judgment, the Court reserves jurisdiction over the Class Representatives, the Settlement Class, and the Defendants as to all matters concerning administration, consummation, and enforcement of the Settlement Agreement.

  **IT IS SO ORDERED.**

Dated: August 22, 2018

_____

VINCE CHHABRIA
United States District Judge