1 | HYDE & SWIGART
2 | Joshua B. Swigart, Esq.
   | josh@westcoastlitigation.com
3 | David J. McGlothlin, Esq.
4 | david@westcoastlitigation.com
   | 2221 Camino Del Rio South, Suite 101
5 | San Diego, CA 92108-3551
6 | Telephone: (619) 233 7770
   | Facsimile: (619) 297 1022
7 |
   | KAZAROUNI LAW GROUP
8 | Abbas Kazarounian, Esq.
9 | ak@kazlg.com
   | Ryan L. McBride, Esq.
10 | ryan@kazlg.com
11 | 245 Fischer Ave, Suite D1
   | Costa Mesa, CA 92626
12 | Telephone: (800) 400 6808
13 | Facsimile: (800) 520 5523

14 |
15 | Attorneys for Plaintiffs

16 | **UNITED STATES DISTRICT COURT**

17 | **NORTHERN DISTRICT of CALIFORNIA**

18 |

| | |
|---|---|
| 19  ROBERT A. PASTOR, individually and ) | Case No. 3:15-CV-03831-VC |
| 20  on behalf of all others similarly situated, ) | |
| 21  Plaintiffs, ) | DECLARATION OF CAROLYN L. |
|     vs. ) | CARTER IN SUPPORT OF MOTION |
| 22  ) | FOR PRELIMINARY APPROVAL OF |
|     BANK OF AMERICA ) | CLASS SETTLEMENT |
| 23  ) | |
| 24  Defendants. ) | Judge: VINCE V. CHHABRIA |
| 25  _____ ) | |
| 26  ) | |
| 27  ) | |
| 28 | |

I, Carolyn L. Carter, declare as follows:

1. I have personal knowledge of the facts in this Declaration and, if called as a witness, I could and would competently testify to these facts.

2. I am Deputy Director of the National Consumer Law Center ("NCLC"). As Deputy Director of NCLC, I play a major role in priority setting, project assignments, and quality of work at the organization, and oversee the advocacy staff's research, policy, and advocacy projects. I participate in Center policy-making, hiring, fundraising, and budgetary planning. I have been with NCLC since 2000, first on an Of Counsel basis, then as a staff attorney. I was formerly Deputy Director for Advocacy before becoming Deputy Director in 2016. I am an author or co-author of a number of NCLC treatises and reports.

3. NCLC is a 501(c)(3) nonprofit organization dedicated to consumer protection and the promotion of fairness and justice in the marketplace. NCLC was founded in 1969 with funding from the federal Office of Economic Opportunity as a national support center for legal services organizations. Today, NCLC is a fully independent organization governed by a volunteer national board of directors, including attorneys and clients from low-income communities, which continues to prioritize providing training, support and case assistance to legal aid and pro bono attorneys representing low-income clients.

4. For more than five decades, NCLC has been a leading source of legal and public policy expertise on consumer issues for lawyers, federal and state policymakers, consumer advocates, journalists, and front-line providers of community services. With a goal of protecting consumers from, and redressing injuries caused by inaccurate, false and misleading statements or omissions by businesses, NCLC has trained and advised tens of thousands of advocates on consumer legal issues, appeared in cases throughout the nation, worked with state and federal commissions and legislatures, written investigative reports, and published leading legal practice manuals and consumer guides. Specific

DECLARATION OF CAROLYN L. CARTER IN
SUPPORT OF MOTION FOR PRELIMINARY
APPROVAL OF CLASS SETTLEMENT (Case No. 3:15-
cv-03831-VC)

- 1 -

1    examples of the ways in which NCLC's consumer law expertise is used to

2    support consumer attorneys and directly benefit consumers include the

3    following:

4         5. **Conferences and Trainings**: NCLC organizes the nation's largest

5    annual consumer law conference, the Consumer Rights Litigation Conference.

6    Each year we train thousands of attorneys and other advocates through

7    workshops, conference presentations, and webinars.  These trainings benefit

8    consumers by ensuring that practitioners and advocates understand the current

9    state of consumer law and accurately apply existing legal frameworks.

10        6. **Legal Treatises and Consumer Law Publications**: NCLC publishes a

11   comprehensive 20-volume set of legal treatises, widely cited in judicial opinions

12   by courts including the United States Supreme Court. The American Bar Journal

13   review of NCLC's treatises described the series as "a monumental undertaking

14   comparable to but more practical than the Restatement of Laws." NCLC also

15   produces books and other educational materials intended for consumers

16   themselves, and for our large network of lay advocates and service providers.

17   Written in clear and direct language, these materials give practical advice on

18   consumer rights. The treatise on Fair Credit Reporting includes the most detailed

19   and up to date analysis of the latest changes in credit reporting resulting from

20   CFPB actions and those of the state attorneys general, as well as thousands of

21   new FCRA court decisions. Also covered are the Credit Report Organizations

22   Act, Gramm Leach Bliley, and state credit reporting statutes.

23        7. **Legal and Policy Analysis**: NCLC's legal and policy experts analyze

24   regulatory proposals; provide expert witness services; and research and write

25   extensive Reports, Policy Briefs, and formal regulatory comments on a wide

26   range of consumer law matters, including on (but not limited to) issues

27   associated with the Truth in Lending Act (TILA), the Fair Credit Reporting Act

28   (FCRA), the Equal Credit Opportunity Act (ECOA), the Fair Debt Collection

DECLARATION OF CAROLYN L. CARTER IN
SUPPORT OF MOTION FOR PRELIMINARY
APPROVAL OF CLASS SETTLEMENT (Case No. 3:15-
cv-03831-VC)

- 2 -

1    Practices Act (FDCPA), the Telephone Consumer Protection Act (TCPA), the

2    Fair and Accurate Credit Transactions Act (FACTA), the Military Lending Act

3    (MLA), and many more.

4        8. **Public Education**: NCLC also responds to requests from journalists

5    for information and disseminates our research on important consumer issues. We

6    are consulted for background information and quoted regularly by *The New York*

7    *Times*, *The Wall Street Journal*, *USA Today*, *The Los Angeles Times*, *The*

8    *Washington Post*, National Public Radio, and other major news organizations.

9    We work with the media to alert consumers to potentially misleading business

10   practices, and to provide tips on practical steps that the public can take to obtain

11   relief from (or not be harmed by) improper business conduct.

12       9. NCLC approves of the approach adopted by the American Law

13   Institute in § 3.07 of its Principles of the Law of Aggregate Litigation regarding

14   the criteria a court should apply to determining whether a proposed cy pres

15   distribution is appropriate. NCLC also adheres to, and supports, Guideline 7, Cy

16   Pres Awards, of the National Association of Consumer Advocates Standards and

17   Guidelines for Litigating and Settling Consumer Class Actions (3rd Ed. 2014).

18   The procedures set forth in these rules have been endorsed by federal courts as

19   the best way to insure that (1) there is a maximum distribution to class members;

20   (2) the designation of the remaining funds will be allocated for uses that are most

21   likely to further the interests of absent class members; and (3) the selection

22   process is not tainted by self-interest.

23       10. NCLC has long been considered by courts to be a worthy recipient of

24   *cy pres* awards. Since 1997, NCLC has been approved by courts to receive over

25   500 *cy pres* and class action settlement awards, all of which have been used to

26   promote consumer protections and equal access to justice for consumers in need

27   of effective legal representation.

28

DECLARATION OF CAROLYN L. CARTER IN
SUPPORT OF MOTION FOR PRELIMINARY
APPROVAL OF CLASS SETTLEMENT (Case No. 3:15-
cv-03831-VC)

- 3 -

1    11.    I declare under penalty of perjury under the laws of the United States of

2    America that the foregoing is true and correct.

3    Executed this 13th day of February 2019, at Boston, Mass.

4

5    Carolyn L. Carter

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CAROLYN L. CARTER IN
SUPPORT OF MOTION FOR PRELIMINARY
APPROVAL OF CLASS SETTLEMENT (Case No. 3:15-
cv-03831-VC)

- 4 -